# Exhibit 1

**STATE OF RHODE ISLAND**
**KENT, SC.**

**SUPERIOR COURT**

**IN RE TOWN OF COVENTRY**          :          **Case No.: KM-2024-0578**
        *Petitioner*          :

## <u>CONDEMNATION ORDER</u>

On June 28, 2024, the above-captioned matter came before the Court (Licht, J., presiding) on Petitioner's Statement of Sum of Estimated Just Compensation for Property Taken and Request for an Order Approving Deposit in the Court's Registry ("Statement"). After hearing thereon, it is hereby,

### ORDERED ADJUDGED AND DECREED:

1. By exercise of eminent domain, the Town of Coventry acquired in fee simple absolute all right, title, and interest in property in the Town of Coventry commonly known as Johnson's Pond, the dam at Johnson's Pond, and a parcel of open space land immediately downstream of the pond and dam.

2. More particularly, the property taken by exercise of the Town's power of eminent domain ("Acquired Property") is identified and described in Resolution No. 2024-42 adopted by the Town Council for the Town of Coventry on June 20, 2024 ("Acquisition Resolution"), which Acquisition Resolution together with plan and description of the Acquired Property was certified by the Town Clerk and recorded in the Town's Recorded Land Records on June 21, 2024, in Book 2302, Pages 871-899.

3. Based on Petitioner's Statement, including its exhibits, and on evidence submitted to the Court in support thereof, in particular the Affidavit of Thomas S. Andolfo, MAI, SRA, AI-GRS, the Court finds for purposes of the deposit of compensation for property taken in the

1

Court's registry in accordance with R.I. GEN. LAWS §§ 32-4-8 and 24-1-3 that Petitioner's sum of estimated just compensation of $157,000 is sufficient.

4. Without prejudice to the rights of all persons having an interest in the Acquired Property, Petitioner shall deposit the Petitioner's sum of estimated just compensation of $157,000 in the Court's registry, whereupon, without further order, and by operation of law in accordance with R.I. GEN. LAWS §§ 32-4-8 and 24-1-3, title to the Acquired Property in fee simple absolute shall vest in the Town of Coventry, and the Acquired Property shall be deemed to be condemned and taken for the use of the Town of Coventry, and the right to just compensation for the Acquired Property shall vest in the persons entitled thereto.

**ENTER:**                                   **PER ORDER:**

_____  6/28/2024      _____
Licht, J.                                    Clerk                     6/28/2024

*Order presented by:*

**PETITIONER,**

**TOWN OF COVENTRY,**

**By its attorneys,**

*/s/Michael T. Eskey*
Michael T. Eskey (#3035)
**Moses Ryan Ltd.**
40 Westminster Street, 9th Floor
Providence, Rhode Island 02903
Tel: (401) 453-3600
        (401) 433-7834 (direct line)
**teskey@marlawri.com**

Stephen J. Angell, Esq. #6132
**Angell Law, LLC**
1062 Reservoir Avenue
Cranston, Rhode Island 02910
Direct Dial:    401.258.3440
Email: stephen@angell.law
*Town Solicitor*

**Date: June 28, 2024**

3