# Exhibit 3

STATE OF RHODE ISLAND

KENT, SC.                                    SUPERIOR COURT

IN RE:  TOWN OF COVENTRY          No. KM-2024-0578

HEARD BEFORE

THE HONORABLE JUSTICE RICHARD A. LICHT

ON SEPTEMBER 30, 2025

APPEARANCES:

FOR THE PETITIONER, TOWN OF COVENTRY:
NICOLE BENJAMIN, ESQUIRE
JOHN A. TARANTINO, ESQUIRE
TIMOTHY ESKEY, ESQUIRE
STEPHEN J. ANGELL, ESQUIRE

FOR THE RESPONDENT, SOSCIA HOLDINGS, LLC
MICHAEL A. KELLY, ESQUIRE
SCOTT LEVESQUE, ESQUIRE
GREGORY ESTABROOKS, ESQUIRE

PAULA CAMPAGNA
OFFICIAL COURT REPORTER

**C-E-R-T-I-F-I-C-A-T-I-O-N**

I, **Paula J. Campagna,** hereby certify

that the succeeding pages 1 through 50 inclusive, are

a true and accurate transcript of my stenographic

notes.


*Paula Campagna*
_____
PAULA CAMPAGNA
OFFICIAL COURT REPORTER, CCR

interpretation of the statutes which the Town in its briefs basically failed to address in terms of the statutory construction aspect of it.  They've just glossed over that.  The other issue, obviously --

THE COURT:  So are you challenging the jurisdiction of this Court to hear their motion or are you challenging the jurisdiction of the Court where I originally entered an order a year ago to deposit the money in the registry of the court?

MR. KELLY:  Absolutely not.  We're challenging the jurisdiction of the Court to hear these motions pursuant to 24-1-8.  They're seeking a motion for entry of judgment under that statute and the alternative motion to assign for trial.  And the condemnation is over.  You entered an order.  It was recorded.

The Town took the property, dispossessed our client from it.  It was transferred into the economic development agency they set up at the same time they determined to take the property.  We're not challenging the validity of the taking in any way, shape, or form.  We filed an amended complaint in the federal court.  There are no claims in that complaint, the amended complaint, other than seeking just compensation under the 5th and 14th Amendment.  We did