# Exhibit 6

## Benjamin, Nicole

| | |
|---|---|
| **From:** | Licht, Richard <rlicht@courts.ri.gov> |
| **Sent:** | Tuesday, January 27, 2026 4:05 PM |
| **To:** | Benjamin, Nicole; Rachel Magers; Moreau, Brittany |
| **Cc:** | Michael Kelly; Scott Levesque; Gregory Estabrooks; Tim Eskey; Jennifer Sylvia; Richard Ratcliffe; Tarantino, John; Marc DeSisto; Kathleen Daniels |
| **Subject:** | RE: KM-2024-0578 In re Town of Coventry Correspondence |

**EXTERNAL EMAIL – USE CAUTION WITH LINKS AND ATTACHMENTS**

Judge DeBose has advised me that since the former property owners are not interested in a Joint hearing she will be proceeding "in the normal course." I am away Friday and next week. Please contact me anytime after 2/9 so we can schedule a time for your motions

_____

**Richard Licht**
Associate Justice
Phone: 401-222-3250

---

**From:** Benjamin, Nicole <Nbenjamin@apslaw.com>
**Sent:** Tuesday, January 27, 2026 8:10 AM
**To:** Rachel Magers <rmagers@ksprlaw.com>; Licht, Richard <rlicht@courts.ri.gov>; Moreau, Brittany <bmoreau@courts.ri.gov>
**Cc:** Michael Kelly <mkelly@ksprlaw.com>; Scott Levesque <slevesque@ksprlaw.com>; Gregory Estabrooks <gestabrooks@ksprlaw.com>; Tim Eskey <teskey@marlawri.com>; Jennifer Sylvia <jsylvia@marlawri.com>; Richard Ratcliffe <rratcliffe@rhgllp.com>; Tarantino, John <jtarantino@apslaw.com>; Marc DeSisto <marc@desistolaw.com>; Kathleen Daniels <kathleen@desistolaw.com>
**Subject:** RE: KM-2024-0578 In re Town of Coventry Correspondence

**CYBERSECURITY WARNING:** This email is sent from outside of the Rhode Island Judicial Network.
**DO NOT** click links or open attachments unless you recognize the sender and have verified the content is safe.

Dear Judge Licht and Counselors:

Attached please find Petitioner The Town of Coventry's Comment on the Court's Consideration of Joint State and Federal Court Proceedings, which was filed with the Court this morning. Thank you.

Best,
Nicole

**NICOLE J. BENJAMIN, ESQ.**
V-CARD | BIO | WEBSITE | Nbenjamin@apslaw.com
100 Westminster Street, 16th Floor, Providence RI 02903
Direct 401.427.6212 | Cell:401.440.9388 | Main 401.274.7200

PROVIDENCE - BOSTON - NEWPORT - NEW HAMPSHIRE

1



This e-mail message is confidential and is intended only for the named recipient(s). It may contain information that is subject to the attorney client privilege or the attorney work-product doctrine or that is otherwise exempt from disclosure under applicable law. If you have received this e-mail message in error, or are not the named recipient(s), please immediately notify Nbenjamin@apslaw.com and delete this message from your computer and destroy all copies. Thank you.

---

**From:** Rachel Magers <rmagers@ksprlaw.com>
**Sent:** Thursday, January 8, 2026 12:42 PM
**To:** Licht, Richard <rlicht@courts.ri.gov>; Moreau, Brittany <bmoreau@courts.ri.gov>
**Cc:** Michael Kelly <mkelly@ksprlaw.com>; Scott Levesque <slevesque@ksprlaw.com>; Gregory Estabrooks <gestabrooks@ksprlaw.com>; Tim Eskey <teskey@marlawri.com>; Jennifer Sylvia <jsylvia@marlawri.com>; Richard Ratcliffe <rratcliffe@rhgllp.com>; Benjamin, Nicole <Nbenjamin@apslaw.com>; Tarantino, John <jtarantino@apslaw.com>; Marc DeSisto <marc@desistolaw.com>; Kathleen Daniels <kathleen@desistolaw.com>
**Subject:** KM-2024-0578 In re Town of Coventry Correspondence

**EXTERNAL EMAIL – USE CAUTION WITH LINKS AND ATTACHMENTS**

## This email is sent on behalf of Michael A. Kelly, Esq.

Judge Licht:

Please see attached regarding the above referenced matter.  Thank you,

**Michael A. Kelly, Esq.**
*Attorney/Founding Partner*
Kelly, Souza, Parmenter & Resnick, PC
128 Dorrance Street, Suite 300
Providence, RI  02903
Main: (401) 490-7334 x 118
Direct: (401) 432-6498
Fax: (401) 490-7874
mkelly@ksprlaw.com






**\*Please visit our new website at www.ksprlaw.com.**

2

This e-mail message is subject to attorney-client privilege and contains information intended only for the person(s) named above.  If you receive this transmission in error, please notify us immediately.  Destroy the original message and all copies.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

3