# Exhibit 7

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

**STATE OF RHODE ISLAND**
**KENT, SC.**

**SUPERIOR COURT**

IN RE TOWN OF COVENTRY          :          Case No.: KC-2024-____-M.P.
          *Petitioner*                              :

**STATEMENT OF SUM OF ESTIMATED JUST COMPENSATION**
**FOR PROPERTY TAKEN AND REQUEST FOR AN ORDER**
**APPROVING DEPOSIT IN THE COURT'S REGISTRY**

1.  Petitioner Town of Coventry is a Rhode Island municipal corporation.

**PRELIMINARY STATEMENT**

2.  The within statement of estimated just compensation for property taken is submitted in accordance with R.I. GEN. LAWS § 24-1-3 following the Town of Coventry's acquisition by eminent domain of the property, rights, and interests commonly known as Johnson's Pond, its dam structures, and a parcel of undeveloped land immediately downstream of the Pond and dam.

3.  Petitioner seeks an Order of the Court allowing the deposit into the Superior Court Registry of Petitioner's sum of estimated just compensation for the property taken.

**TAKING AUTHORITY AND PROCEDURE**

4.  Pursuant to its Home Rule Charter, which charter was authorized and approved by the General Assembly by P.L. 1973, Ch. 4, Sec. 2 on November 7, 1972, the Town is authorized to acquire property within or without its corporate limits for town purposes, in fee or any lesser interest or estate, by purchase, lease, gift, devise, and by condemnation within the Town, for public use and may hold, manage and control, and may sell, lease, and convey such property as its interests may require.

1

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

5.  Pursuant to R.I. GEN. LAWS § 32-4-8, the Town is further authorized and empowered to acquire property by eminent domain for public conservation and recreation purposes in accordance with the procedure set forth in R.I. GEN. LAWS § 24-1-1 *et seq.*

6.  The condemnation procedure set forth in R.I. GEN. LAWS § 24-1-1 *et seq.* provides in the first instance for actions and proceedings to vest title of the taken property in the Town. Notably, these actions and proceedings do not involve interested parties other than the Town and include: filing a certified copy of the taking resolution together with a plan and description of the property taken in the land evidence records, *see* R.I. GEN. LAWS § 24-1-2; and, filing a statement of estimated just compensation in the Superior Court and obtaining an Order approving the sum to be deposited in the registry of court, *see* R.I. GEN. LAWS § 24-1-3.

7.  Following deposit of the estimated just-compensation sum in the registry, title in the taken property vests in the Town, the property is deemed to be condemned and taken for the use of the Town, and the right to just compensation for the property taken vests in the persons entitled thereto. *See* R.I. GEN. LAWS § 24-1-4.

8.  Thereafter, following service and publication of notice of the condemnation, *see* R.I. GEN. LAWS §§ 24-1-4 and 24-1-5, to the extent the parties in interest cannot agree on just compensation, persons entitled thereto must timely petition the Court for trial on an assessment of damages, *see* R.I. GEN. LAWS §§ 24-1-7, 24-1-8, and 24-1-9.

### ACQUISITION RESOLUTION AND PROPERTY TAKEN

9.  Pursuant to its Home Rule Charter, R.I. GEN. LAWS § 32-4-8, and R.I. GEN. LAWS § 24-1-1 *et seq.*, and informed by professional appraisal and engineering studies and reports, on June 20, 2024, the Town Council for the Town of Coventry, in order to take the property, rights, and interests commonly known as Johnson's Pond, its dam structures, and associated property,

2

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

adopted Resolution No. 2024-42 ("Acquisition Resolution")[1] declaring, among other things, that the public interest and convenience makes necessary or advantageous the acquisition by eminent domain of two parcels of property, together with all improvements, rights, and interests owned by Soscia Holdings, LLC ("Soscia"), which property Soscia Holdings acquired by quitclaim deed from Quidnick Reservoir Company ("Quidnick") in March 2020.

10. One of the taken parcels (identified in the deed from Quidnick to Soscia as "Parcel II")[2] consists of the land and water rights commonly known as Johnson's Pond. That parcel, together with all improvements, rights, and interests in it acquired by Soscia from Quidnick, is taken in its entirety by the Town.

11. The other parcel (identified in the deed from Quidnick to Soscia as "Parcel I" – AP 59, Lot 5) totals approximately 116.7 acres. It includes the dam at Johnson's Pond and an area of open, unimproved land downstream of the dam. As to that second parcel, the Town takes only an approximately 48-acre portion of the property that includes the dam and, for access, operation, repair, and maintenance of it, an area of undeveloped, "open-space" land immediately downstream of the dam. Significantly, the Town is *not* taking and, thus, leaves to Soscia, a larger area (approximately 69 acres) of the undeveloped, open-space parcel.[3]

---

[1] On June 21, 2024, consistent with R.I. GEN. LAWS § 24-1-2, the Town certified and recorded the Acquisition Resolution in the Town's Recorded Land Records. A true copy of the certified, recorded Acquisition Resolution together with its exhibits is appended hereto as Attachment A.

[2] *See,* Acquisition Resolution, Exh. 6 (Quitclaim Deed).

[3] *See,* Acquisition Resolution, Exh. 1 (Plan showing the subdivision of Parcel I – AP 59, Lot 5 – into "Parcel A," which is that part of Parcel I taken by the Town, and "Parcel B," which is that part of Parcel I that is *not* taken by the Town).

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

12. The property taken by the Town by eminent domain (and that portion of Soscia's property that is *not* taken by the Town) is shown on Sheet 2 of the Minor Subdivision Plan prepared by DiPrete Engineering ("DiPrete Subdivision Plan").[4]

### STATEMENT OF ESTIMATED JUST COMPENSATION FOR PROPERTY TAKEN

13. As evidenced by Resolution No. 2024-37, adopted by the Town Council on May 2, 2024,[5] and Ordinance No. 2024-03, passed by the Town Council on May 14, 2024,[6] the Town was initially determined to acquire by purchase or condemnation the entirety of the pond, dam, and open space property, rights, and interests acquired by Soscia from Quidnick.

14. To establish the condition and fair market value of the property (in essence the pond, dam, and open space), counsel for the Town engaged experts in property appraisal (Thomas A. Andolfo, MAI, SRA, AI-GRS – Andolfo Appraisal Associates, Inc.), open-space land use and development (Chris Duhamel, PE, PLS – DiPrete Engineering), and dam engineering (William Ladd, P.E., and Chad W. Cox, P.E. – GZA Geo Environmental, Inc.).

15. Based, among other things, on conceptual development plans and costs for the open space by DiPrete Engineering and on the condition of the dam and costs for necessary dam repairs and improvements developed by GZA, Mr. Andolfo concluded that the as-is market value of the pond, dam, and open space property (as of April 3, 2024), was $2,867,000.  However, based on subsequent damage to and the need for an additional $1,337,100 in repairs to the dam's

---

[4] *See,* Acquisition Resolution, Exh. 2 (Plan showing the areas of the property conveyed to Soscia by Quidnick that are taken, and are *not* taken, by the Town). Note that the property taken is identified on the DiPrete Subdivision Plan (Acquisition Resolution, Exhs. 1 & 2) as "Parcel A" and "Parcel C."  The property *not* taken is identified on the DiPrete Subdivision Plan as "Parcel B."  Descriptions of Parcels A, B, and C are contained in the Acquisition Resolution at Exhibit 3.

[5] *See,* Acquisition Resolution, Exh. 4 (Resolution No. 2024-37).

[6] *See,* Acquisition Resolution, Exh. 5 (Ordinance No. 2024-03).

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

spillway structure (GZA-estimated repair costs), the market value of the property fell to $1.5 million.

16. After unsuccessful efforts by the Town to purchase all property, rights, and interests acquired by Soscia from Quidnick for $1.5 million, the Town reconsidered its position and determined that, while it was necessary or advantageous for the Town to acquire by eminent domain the pond and dam, it was not necessary for the Town to acquire the entirety of the open space parcel – only enough of it to permit access to and operation, repair, and maintenance of the dam.

17. Thus, based on input from GZA, DiPrete Engineering divided the open space between "Parcel A" (the dam and open space taken with the pond) and "Parcel B" (open space left to Soscia).

18. Taking into consideration, among other things, a conceptual plan for the development on "Parcel A" of 92 apartment units, less roadway/access costs estimated by DiPrete Engineering, Mr. Andolfo concluded in an update to his appraisal that the market value of taken "Parcel A" is $790,000.

19. That "Parcel A" value ($790,000), added to the gross market value of the pond and dam as appraised by Mr. Andolfo ($2,952,000), less the GZA-estimated costs for necessary dam repairs and improvements considered as a value-deduction by Mr. Andolfo ($3,585,000), [7] results in an estimated market value of taken property of $157,000.

20. Thus reasonably based on the conclusions and opinions of its expert appraiser and professional engineers, the Town concludes and submits in good faith that, at most, the sum

---

[7] Note that this repair-cost does *not* include the additional GZA-estimated costs of $1,337,100 for repairs to the dam's spillway structure.

5

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-7    Filed 02/05/26    Page 7 of 38 PageID #: 2330

of estimated just compensation for the property taken is $157,000. *See,* Acquisition Resolution (lines 116-117).

21. While the Town's sum of estimated just compensation for the property taken is significantly less than the 2020 purchase price of $1,700,000 paid by Soscia, two things must be kept in mind when considering those figures. First, as shown by the GZA-estimated necessary dam repair and maintenance costs, there is extraordinary, never-ending expense and liability involved in dam ownership that has a significant, negative impact on value. Second, the Town is taking less than the entirety of the property acquired by Soscia in 2020 for $1.7 million. In the context of value, by effectively taking only the pond and dam, the Town is relieving Soscia of an enormously costly liability with little, if any, market value, while leaving Soscia with the potential to earn a return on its investment by developing the open space not taken.

## CONCLUSION

22. For the foregoing reasons, the Town submits that, at most, the sum of estimated just compensation for the property taken is $157,000.

## RELIEF REQUESTED

**WHEREFORE**, the Town respectfully requests that the Court issue an Order in accordance with R.I. GEN. LAWS § 24-1-3 approving the deposit by the Town of $157,000 into the Court's registry as the sum of estimated just compensation for the property taken.

6

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

**PETITIONER,**

**TOWN OF COVENTRY,**

**By its attorneys,**

/s/*Michael T. Eskey*

Michael T. Eskey (#3035)
**Moses Ryan Ltd.**
40 Westminster Street, 9th Floor
Providence, Rhode Island 02903
Tel: (401) 453-3600
        (401) 433-7834 (direct line)
**teskey@marlawri.com**


Stephen J. Angell, Esq. #6132
**Angell Law, LLC**
1062 Reservoir Avenue
Cranston, Rhode Island 02910
Direct Dial:     401.258.3440
Email:  stephen@angell.law
*Town Solicitor*

**Date: June 21, 2024**

7

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

# ATTACHMENT A

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 871

## THE TOWN OF COVENTRY

# RESOLUTION OF THE TOWN COUNCIL

**"The acquisition, by eminent domain and condemnation, of the pond, dam and dam structures of Flat River Reservoir ("Johnson's Pond"), as well as certain land necessary to effectuate the protection of the environment, to ensure public safety, and to provide recreational access to the public"**

## Resolution No. 2024-42

*Passed:* 3 - 0

_____
Hillary V. Lima, *Council President*

**WHEREAS,** in the Town of Coventry,

- On May 2, 2024, the Town Council passed Resolution No. 2024-37 (attached hereto as Exhibit 4) making plain the Town Council's intentions and commitment to acquire, maintain, and redevelop Flat River Reservoir ("Johnson's Pond"), its dam, dam structures, and land to protect the environment, to ensure public safety, and to provide public recreational use of access to Johnson's Pond;

- The Town Council resolved by Resolution No. 2024-37 that "[t]he Town Council shall consider the approval and adoption of an Ordinance to acquire, for public use, by purchase or condemnation the Dam, Pond, and associated property at Johnson's Pond, including any and all property, rights, and interests acquired by [Soscia Holdings, LLC] from the Quidnick Reservoir Company;"

- On May 14, 2024 and in furtherance of Resolution No. 2024-37, the Town Council passed Ordinance No. 2024-03 (attached hereto as Exhibit 5), which, among other things, ordained that the "Town shall acquire by purchase or condemnation the dam, dam structures, pond, and associated property at Johnson's Pond, including and all property, rights, and interests acquired by Soscia Holdings, LLC from the Quidnick Reservoir Company;"

- Ordinance No 2024-03 provides that "[i]f the Town's efforts to purchase the Pond are of no avail, then the Solicitor is directed to take all necessary action to take the acquisition by a condemnation;"

- The Town, by and through its Solicitor, made an effort to purchase the dam, pond, and associated property at Johnson's Pond from Soscia Holdings, LLC for $1,527,000.00, which

A CERTIFIED TRUE COPY OF
BOOK 2302 PAGE 871-899
ATTEST: _____, Town Clerk
DATE: 6/21/24

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 872

amount the Town, in good faith, believed was the fair market value of the property and just compensation for it to Soscia Holdings, LLC;

- Soscia Holdings, LLC, rejected the Town's effort to purchase the dam, pond, and associated property at Johnson's Pond for $1,527,000.00;

- The dam, pond, and associated property, interests, and rights at Johnson's Pond acquired by Soscia Holdings, LLC from Quidnick Reservoir Company are described in the Quitclaim Deed from Quidnick Reservoir Company to Soscia Holdings, LLC recorded on or about March 3, 2020 in the Town of Coventry Recorded Land Records, Deed Book 2155, Pages 847 to 855 (attached hereto as Exhibit 6);

- The dam, pond, and associated property, interests, and rights at Johnson's Pond acquired by Soscia Holdings, LLC from Quidnick Reservoir Company as referenced and described in the Quitclaim Deed from Quidnick Reservoir Company to Soscia Holdings, LLC recorded in the Town of Coventry Recorded Land Records, Deed Book 2155, Pages 847 to 855 consist of:

  "Parcel I," referenced as Assessor's Plat 59, Lot 5, and described in the deed as containing 100 acres more or less, which acreage principally consists of undeveloped property downstream Dam and Pond; and, "Parcel II," referenced as Land and Water rights Commonly known as Johnson's Pond, Assessor's Plat 999, Lot 999, and further described in the deed as the submerged land and water rights commonly known as Johnson's Pond, including all flowage rights, dams, flumes, raceways and other apparatus or equipment used in connection therewith;

- In furtherance of the findings, purpose, and intent of Ordinance No. 2024-03 and Resolution No. 2024-37, the Town Council considers and concludes that, while, in order to protect and conserve the environment, to ensure public safety, and to provide recreational access to the public, it is necessary or advantageous for the Town to acquire by exercise of eminent domain and condemnation all Parcel II property, rights, and interests deeded by Quidnick Reservoir Company to Soscia Holdings, LLC, but that it is not necessary or advantageous for the Town to acquire by exercise of eminent domain and condemnation the entirety of the Parcel I property, rights, and interests deeded by Quidnick Reservoir Company to Soscia Holdings, LLC;

- The Town Council considers and concludes that a certain portion of Parcel I identified and depicted on the attached Plan by DiPrete Engineering (attached hereto as Exhibit 1) as "Parcel A" (consisting of 47.75 acres) *is necessary and advantageous* to acquire by exercise of eminent domain and condemnation consistent with Resolution No. 2024-37 and Ordinance No. 2024-03;

- The Town Council considers and concludes that a certain portion of Parcel I identified and depicted on the attached Plan by DiPrete Engineering (attached hereto as Exhibit 1) as "Parcel B" (consisting of 68.98 acres) is *not necessary or advantageous* to acquire by condemnation consistent with Resolution No. 2024-37 and Ordinance No. 2024-03;

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

```
INST:    00002810
Bk:   2302 Pg:    873
```

- The Town Council, in good faith, based on appraisal by Thomas S. Andolfo, MAI, SRA, AI-GRS, RI-Licensed, Certified General Real Estate Appraiser, considers and believes that just compensation for taking by eminent domain and condemnation of Parcel II and that part of Parcel I identified and depicted on the attached Plan by DiPrete Engineering (attached hereto as Exhibit 1) as "Parcel A" is $157,000.00 (One Hundred-Fifty Seven Thousand Dollars);

**NOW THEREFORE, BE IT RESOLVED THAT** the Honorable Town Council:

1. Public interest and convenience make necessary or advantageous for environmental protection and conservation, public safety, and public access to and recreational use of Johnson's Pond, for the Town to acquire in fee simple absolute by exercise of eminent domain and condemnation of all right, title, and interest in: "Parcel II" of the property conveyed by Quitclaim Deed by Quidnick Reservoir Company to Soscia Holdings, LLC (Book 2155; Pages 847-855); *and*, in that part of "Parcel I" of the property conveyed by Quitclaim Deed by Quidnick Reservoir Company to Soscia Holdings, LLC (Book 2155; Pages 847-855) that is identified and depicted on the attached Plan by DiPrete Engineering (Exhibit 1) as "Parcel A" ("Acquired Property").

2. The Acquired Property, as described above, is further identified in the Descriptions attached hereto as Exhibit 3.

3. The Acquired Property, as described above, is depicted on the Plan attached hereto as Exhibit 2.

4. The Acquired Property is subject to all rights, easements, restrictions, and reservation of record, in so far as such rights, easements, restrictions, and reservation of record may be in force and applicable.

5. Just compensation for taking of the Acquired Property is estimated in good faith to be $157,000.00 (One Hundred-Fifty Seven Thousand Dollars).

6. The Town Solicitor, shall forthwith take all necessary or reasonable action, including certifications, recordings, court filings and proceedings, estimates and deposits of just compensation, service and publication of notices, and any and all other necessary or reasonable action to complete the taking and condemnation of the Acquired Property and to vest title to the Acquired Property in the Town of Coventry.

Sponsored by:  Council President Hillary V. Lima and Council Vice-President James LeBlanc

Resolution approved to as to form and substance:

Stephen J. Angell, Esq. – Town Solicitor
June 20, 2024

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 874

# Exhibit 1

INST: 0000210
Bk: 2302 Pg: 875

MINOR SUBDIVISION PLAN
1600 FLAT RIVER ROAD
ASSESSORS PLAT 59 LOT 5
COVENTRY, RHODE ISLAND

ANGELL LAW, LLC
2961 RESERVOIR AVENUE
CRANSTON, RHODE ISLAND 02910

DiPrete Engineering
Two Stafford Court, Cranston, RI 02920

PARCEL C
ALL REMAINING AREA OF
FLAT RIVER RESERVOIR
(JOHNSON'S POND)
SEE SHEET 2

PARCEL A

PARCEL B

WASHINGTON SECONDARY BIKE PATH

INDUSTRIAL DRIVE

RESERVOIR ROAD

TALL WOODS DRIVE

LEGEND

AREA TABLE

GENERAL NOTES

LOCUS MAP
NOT TO SCALE

SITE

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

Document 51-7    Filed 02/05/26    Page 14 of 38 PageID #: 2337

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST:   00002810
Bk:   2302 Pg:   876

# Exhibit 2

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.



Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST:    00002810
Bk:   2302 Pg:    878

# Exhibit 3

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

Page 1 of 1


## DiPrete Engineering

6/13/2024

**Metes and Bounds Description**

INST:    00002810
Bk:    2302  Pg:    879

## PARCEL A

## Coventry, Rhode Island

That certain parcel of land, situated southerly of Flat River Road in the Town of Coventry, Washington County, the State of Rhode Island and shown as **Parcel A** on that plan entitled *Minor Subdivision Plan, 1600 Flat River Road, Coventry, Rhode Island, Scale 1"=150', Plan by DiPrete Engineering* and being more particularly described as follows:

Beginning at a point on the southerly right of way of the Washington Secondary Bike Path as shown on the above referenced plan, said point also being the northeasterly corner of herein described parcel;

thence the following 2 courses bounded easterly by Parcel B on above referenced plan;

1. North 21°45' East, a distance of 939 feet ±;

2. North 02°38' 29" East, a distance of 1,455 feet ±;

thence North 85°30' West, bounded southerly by land now or formerly Charles Agwunobi (AP 51 Lot 3, a distance of 325 feet ± to the northerly right of way of Reservoir Road;

thence North 81°00' West along said northerly right of way of Reservoir Road, a distance of 247 feet ±;

thence North 00°45' East, bounded westerly in part by land now or formerly M & I Homes, LLC. (AP 50 Lot 35) and Stephen C. & Susan H. Markham (AP 50 Lot 36), a distance of 343 feet ± to the southerly mean high-water line of the Flat River Reservoir (Johnson's Pond);

thence North 01°15' East, bounded westerly by Parcel C on above referenced plan, a distance of 2170 feet ± to the southerly right of way of the Washington Secondary Bike Path;

thence South 74°45' East, along said southerly right of way of the Washington Secondary Bike Path, a distance of 964 feet ± to the to the point of beginning.

The above-described parcel contains 48± acres, more or less.

The above-described parcel being the same premises conveyed to Socia Holdings, LLC. by deed of Quidnick Reservoir Company dated March 2nd, 2020, recorded in Book 2155, page 847.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

Page 1 of 2

 **DiPrete Engineering**

6/13/2024

**Metes and Bounds Description**    INST: 00002810
BK: 2302 Pg: 880

## PARCEL B

## Coventry, Rhode Island

That certain parcel of land, situated southerly of Flat River Road in the Town of Coventry, Washington County, the State of Rhode Island and shown as **Parcel B** on that plan entitled *Minor Subdivision Plan, 1600 Flat River Road, Coventry, Rhode Island, Scale 1"=150', Plan by DiPrete Engineering* and being more particularly described as follows:

Beginning at a point on the southerly right of way of the Washington Secondary Bike Path as shown on the above referenced plan, said point also being the northwesterly corner of herein described parcel;

thence the following 3 courses along said southerly right of way of the Washington Secondary Bike Path

1.   South 74°45' East, a distance of 396 feet ±;

2.   South 74°45' East, a distance of 215feet ±;

3.   South 75°15' East, a distance of 436 feet ±;

Thence the following 2 courses bounded easterly by land now or formerly Seaside Casual Holdings, LLC. (AP 51 Lot 8);

1.   South 05°15' East, a distance of 142 feet ±;

2.   South 05°45' East, a distance of 313 feet ±;

thence South 17°30' East, bounded in part by land now or formerly Seaside Casual Holdings, LLC. (AP 51 Lot 8), the westerly terminus of Industrial Drive, and by land now or formerly Audubon Society of RI (AP 51 Lot 7), a distance of 1,080 feet ±;

thence South 03°45' East, bounded easterly by land now or formerly Airport Holdings, LLC., a distance of 658 feet ±;

thence North 87°45' West, bounded southerly in part by land now or formerly Charles D. Anthony (AP 43 Lot 34), and Barry R. Holt (AP 43 Lot 25), a distance of 1,361 feet ±;

thence North 87°45' West, bounded southerly by land now or formerly John H Potvin & Keri A Reilly-Potvin (AP 43 Lot 24), a distance of 209 feet ±;

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 881

Page 2 of 2



## DiPrete Engineering

6/13/2024

thence North 85°30' West, bounded southerly in part by land now or formerly Corey & Amy Suffoletto (AP 43 Lot 23) and Dennis J. & Brittany Lafleur (AP 43 Lot 22), a distance of 272 feet ±;

thence the following 2 courses bounded westerly by Parcel A on above referenced plan;

1. North 21°45' East, a distance of 939 feet ±;

2. North 02°38' 29" East, a distance of 1,455 feet ± to the point of beginning.

The above-described parcel contains 69± acres, more or less.

The above-described parcel being the same premises conveyed to Socia Holdings, LLC. by deed of Quidnick Reservoir Company dated March 2nd, 2020, recorded in Book 2155, page 847.

Z:\DEMAIN\Projects\2272-001 Reservoir Road\Reports & Calculations\Survey\2272-001-MBTN-PARCEL B-20240613.docx

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST. ...
Bk: 2302 Pg: 882

Page 1 of 1

## DiPrete Engineering

6/13/2024

## Metes and Bounds Description

## PARCEL C

## Coventry, Rhode Island

That certain parcel of land, situated southerly of Flat River Road in the Town of Coventry, Washington County, the State of Rhode Island and shown as **Parcel C** on that plan entitled *Minor Subdivision Plan, 1600 Flat River Road, Coventry, Rhode Island, Scale 1"=150', Plan by DiPrete Engineering* and being more particularly described as follows:

PARCEL C:

All right, title, and interest of Soscia Holdings, LLC in the property conveyed to Soscia Holdings, LLC identified and described as "PARCEL II" in "EXHIBIT A" in the QUITCLAIM DEED from Quidnick Reservoir Company to Soscia Holdings, LLC dated March 2, 2020, recorded in the Town of Coventry Recorded Land Records in Book 2155, pages 847-855.

The above-described parcel being the same premises conveyed to Socia Holdings, LLC. by deed of Quidnick Reservoir Company dated March 2nd, 2020, recorded in Book 2155, page 847.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 883

# Exhibit 4

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST:    00002810
Bk:   2302 Pg:    884

## THE TOWN OF COVENTRY

# RESOLUTION OF THE TOWN COUNCIL

**"Making plain the Town Council's intentions and commitment to acquire, maintain and redevelop Flat River Reservoir ("Johnson's Pond"), its dam, dam structures and land to protect the environment, to ensure public safety, and to provide recreational access to the public"**

## Resolution No. 2024-37

*Passed:*  5-0

Hillary V. Lima, *Council President*

**WHEREAS,** in the Town of Coventry,

- In the late 1800's, the Quidnick Reservoir Company ("Quidnick") constructed a dam on the south branch of the Pawtuxet River in Coventry;

- The original purpose of the dam – known as the Flat River Reservoir Dam ("Dam") – was to create a reservoir of water for reliable power generation and downstream use by Quidnick's industrial members;

- The water impounded by the Dam – which normally covers an area of about 950 acres – is commonly referred to as Johnson's Pond ("Pond");

- The mills of Quidnick's members having been shuttered long ago, in recent times the Pond has been used for recreational purposes and the impoundment and the release of its waters support wetlands as well as wetland-dependent plant and animal species;

- Beginning in April 1974, Quidnick and the Town entered into a series of agreements concerning the repair and maintenance of the Dam and the maintenance of the water levels in the Pond to maximize the Pond's recreational use during the months of May through September of each year;

- In January 2009, Quidnick and the Town entered into the last agreement between them;

- Pursuant to the January 2009 Agreement, the Town leased the Pond and a vacant 80-acre parcel of land for public recreational use through March 31, 2024 ("Lease");

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 885

- Among its provisions, the Lease obligated Quidnick to maintain the water level in the Pond at specifically delineated elevations ("water level" requirements);

- During the prime recreational season of May through September, the Lease required Quidnick to use its best efforts to regulate the Dam's outlet gates to maintain the water level in the Pond at the Dam's spillway level;

- When the water in the Pond is maintained at the Dam's spillway level the Pond is full, which is to say that it is at a "normal pool;"

- The State of Rhode Island Department of Environmental Management ("RIDEM") has determined that the streamflow and water level requirements specified in the Lease correspond to the Dam and Pond's historic water releases and levels;

- In March 2020, Soscia Holdings, LLC ("Soscia") acquired Quidnick's interests in the Dam and Pond and Quidnick assigned its rights and interests in the Lease with the Town to Soscia;

- Since Soscia's acquisition of the Dam and Pond in March 2020, the Town, RIDEM, and the public have been involved in numerous disputes with Soscia, some of which resulted in litigation in state and federal courts, over Soscia's operation and management of the Dam and Pond as well as numerous legal disputes over the laws and regulations applicable to Dam safety and the maintenance of the Pond's water levels and streamflows;

- Soscia's conduct, action, and positions on its interests and rights in connection with the ownership of the Dam and Pond (1) have departed from the historical operation and management of the Dam and Pond (2) have no relationship to conscientious environmental stewardship; (3) bear no relationship to best practices dam and dam structure management; and (4) have resulted in or threatened public interests protected by laws and regulations concerning dam safety, dam and pond regulation, wetlands and environmental protection, and local ordinances;

- Soscia's conduct, action, and positions on its interests and rights in connection with the ownership of the Dam and Pond have departed from the historical operation and management of the Dam and Pond and have caused or threatened to limit or deprive the public of access to and use of the Pond;

- Soscia's conduct and actions on or after April 1, 2024, has caused the dam to be deemed "unsafe" by RIDEM causing RIDEM to issue a Cease and Desist to Soscia as well as a subsequent Immediate Compliance Order dated April 3, 2024;

- Pursuant to its Home Rule Charter, which charter was authorized and approved by the General Assembly by P.L. 1973, Ch. 4, Sec. 2 on November 7, 1972, the Town may acquire property within or without its corporate limits for town purposes, in fee or any lesser interest or estate, by

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 886

purchase, lease, gift, devise, and by condemnation within the town, for public use and may hold, manage and control, and may sell, lease, and convey such property as its interests may require;

- Pursuant to the Town's Home Rule Charter, the Town Council is vested with the power to adopt, amend, and repeal ordinances for the preservation of the public peace, health, safety, welfare, and for the protection of persons and property;

- Pursuant to the Town's Home Rule Charter, the Town Council is vested with the power to enact, reenact, amend or repeal ordinances and resolutions for the condemnation of land located within the town as permitted by the laws of this state;

- For public use of the Pond (including, but not limited to public access, boat ramps, parking, facilities, and the like for public recreation and use), the Town Council intends and desires to acquire by purchase or condemnation the Dam, Pond, and associated property at Johnson's Pond, including any and all property, rights, and interests acquired by Soscia from the Quidnick Reservoir Company;

- The Town Council intends and desires for public use of the Pond (including, but not limited to public access, boat ramps, parking, facilities, and the like for public recreation and use) to acquire by purchase or condemnation the Dam, Pond, and associated property at Johnson's Pond, in order to put the Pond in the public domain for public use, where it belongs;

**NOW THEREFORE, BE IT RESOLVED THAT** the Honorable Town Council:

1. The Town Council shall consider the approval and adoption of an Ordinance to acquire, for public use, by purchase or condemnation the Dam, Pond, and associated property at Johnson's Pond, including any and all property, rights, and interests acquired by Soscia from the Quidnick Reservoir Company.

Sponsored by:  Council Vice-President James LeBlanc

Resolution approved to as to form and substance:

Stephen J. Angell, Esq. – Town Solicitor

PASSED AND ADOPTED THIS 2nd day of May 2024

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST:   00002810
Bk:   2302 Pg:   887

# Exhibit 5

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-7    Filed 02/05/26    Page 27 of 38 PageID #: 2350

**THE TOWN OF COVENTRY**    INST: 00002810
Bk: 2302 Pg: 888

# ORDINANCE OF THE TOWN COUNCIL

## IN AMENDMENT OF THE TOWN OF COVENTRY CODE OF ORDINANCES, PART II – GENERAL LEGISLATION, 2005

## Ordinance No. 2024-03

*Passed:* 4-0

Hillary V. Lima, *Council President*

*Approved:*

Daniel O. Parrillo, *Town Manager*

*It is ordained by the Town of Coventry, Town Council as follows:*

**Section 1.** The Town of Coventry Code of Ordinance, Part II General Legislation is hereby amended by adding the following Chapter and Sections:

### Chapter 187 – PONDS, DAMS, DAM STRUCTURES, AND RECREATIONAL USE

### Article I – Flat River Reservoir a/k/a Johnson's Pond

### Sec. 187-1 Findings, Purpose and Intent

The Town Council finds that private ownership of the dam and pond at Flat River Reservoir (collectively, "Johnson's Pond" or "Pond") is untenable. Recent events have demonstrated that such ownership is inconsistent with and does not promote the preservation of public use, peace, health, safety and welfare. The Town Council finds further that such private ownership has been detrimental to the best interests of the environment, public safety, and public use of and benefit from recreational access to the Pond and the quality of life in the Town of Coventry. Accordingly, the purpose of this Ordinance is to acquire, maintain and redevelop Johnson's Pond, its dam, dam structures and associated property to protect the environment, ensure public safety, and provide recreational facilities for and access to and public use of the Pond.

### Sec. 187-2 Acquisition

The Town shall acquire by purchase or condemnation the dam, dam structures, Pond, and associated property at Johnson's Pond, including any and all property, rights, and interests acquired by Soscia Holdings, LLC from the Quidnick Reservoir Company. Condemnation, if necessary, is authorized by the Town's Home Rule Charter, which was authorized and approved by the Rhode Island General Assembly on November 7, 1972 (P.L. 1973, Ch. 4, Sec. 2).

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

If the Town's efforts to purchase the Pond are of no avail, then the Solicitor is directed to take all necessary action to make the acquisition by a condemnation of the Pond, dam, dam structures and associated property at Johnson's Pond, in order to put the Pond and its associated property in the public domain for public use and redevelopment.

**Sec. 187-3 Ownership, Operation and Maintenance**

Upon acquisition, the Town shall take immediate action to:

- Register with the Rhode Island Department of Environmental Management ("RIDEM") as the owner of the dam;

- Extend its insurance coverage with respect to the dam, dam structures, Pond;

- Maintain the Pond's water level, dam and dam structures in accordance with Rhode Island General Laws as well as all regulations promulgated by RIDEM;

- Bring the dam and its structures into compliance as set forth in *OCI-DAMS-23-28* issued by RIDEM on April 3, 2024;

- Perform any other necessary and appropriate acts in connection with the ownership, operation, and maintenance of the Pond, dam, dam structures and associated property at Johnson's Pond.

**Sec. 187-4 Redevelopment**

The Town shall create a public benefit for Town residents by redeveloping the Pond for public use that shall include, but not be limited to expanded public access, boat ramps, parking, facilities, and the like for public recreation and use.

**Sec. 187-5 Transfer**

The Town may transfer any or all of its rights to own, operate, maintain and redevelop the Pond, property, dam and dam structures to any agency of the Town whose membership is appointed by the Town Council.

**Section 2.** This ordinance shall take effect upon its passage and final adoption.

Positive Endorsement:                    Negative Endorsement: (Attach reasons)

_____ 5/9/24    _____
Town Solicitor            Date       Town Solicitor            Date

Introduced by/Pursuant to:    Council Vice-President James LeBlanc

Referred to/for:    Public Hearing on May 14, 2024

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST:   00002810
Bk:   2302 Ps:   890

# Exhibit 6

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-7    Filed 02/05/26    Page 30 of 38 PageID #: 2353

INST: 00002810
Bk: 2302 Pg: 891

INST: 00001308
Bk: 2155 Pg: 847

## QUITCLAIM DEED

QUIDNICK RESERVOIR COMPANY, a Rhode Island corporation ("Grantor"), having a principal mailing address of 55 Arrowhead Trail, East Greenwich, RI 02818, for consideration paid, and in full consideration of One Million Seven Hundred Thousand and 00/100 Dollars ($1,700,000.00), grants to SOSCIA HOLDINGS LLC, a Rhode Island limited liability company with an address at 6 Silver Maple Drive, Coventry, Rhode Island 02816, WITH QUITCLAIM COVENANTS.

The two parcels of land, with all improvements thereon described in Exhibit A attached hereto and incorporated herein.

Subject to and with the benefit of all rights, easements, restrictions and reservations of record, in so far as in force and applicable.

This conveyance is made subject to real estate taxes assessed as of December 31, 2019.

The undersigned Grantor hereby covenants that this transfer is such that no R.I.G.L. § 44-30-71.3 withholding is required, as the Grantor is a Rhode Island corporation as evidenced by certificate of legal existence.

[SIGNATURE APPEARS ON FOLLOWING PAGE]



Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 892

INST: 00001308
Bk: 2155 Pg: 848

*Witness* my hand and seal this 2nd day of March , 2020.

Quidnick Reservoir Company
a Rhode Island corporation

By: _____
Name: Joel Westerman
Title: President

State of Rhode Island

Kent _____ County

On this ___2nd___ day of March , 2020. before me, the undersigned notary public, personally appeared Joel Westerman, proved to me through satisfactory evidence of identification, which consisted of Rhode Island driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he has signed it as President of Quidnick Reservoir Company, and he acknowledged said instrument by him executed to be his free act and deed and the free act and deed of Quidnick Reservoir Company.

_____
Notary Public:
Name: Steven Rosenbaum
My commission expires: 7/22/21

For reference purposes only:
Property Address:

Parcel 1
1660 Flat River Road
Coventry, Rhode Island
AP 59 Lot 5

Parcel 2
Land and Water rights
Commonly known as Johnson's Pond
Coventry, Rhode Island
AP 999 Lot 999

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 893

INST: 00001308
Bk: 2155 Pg: 849

## EXHIBIT A

**PARCEL I:**

That certain parcel of land with all improvements thereon located on the northerly side of Reservoir Road in the Town of Coventry, County of Kent, State of Rhode Island, bounded and described as follows:

Beginning at a point in the northerly line of Reservoir Road, so-called, said point being the southeasterly corner of land n/f belonging to Gilbert Dion and the southwesterly corner of the herein described parcel;

Thence running in a general northerly direction bounded westerly in part by said Dion land and in part by land n/f belonging to Stephen C. Markham Life Estate a distance of three hundred-fifty-nine feet, more or less (359'+/-) to the edge of Flat River Reservoir;

Thence turning and running in an irregular line along the bank of said Flat River Reservoir in a general easterly, northeasterly, northerly, northwesterly, northerly, northeasterly, northerly, easterly, northerly, westerly, and northwesterly direction a distance of two thousand forty-five feet, more or less (2045'+/-) to a point in the southerly line of land n/f owned by the Town of Coventry;

Thence turning and running in a general easterly direction a distance of one thousand two hundred ninety feet, more or less (1290'+/-) to a point;

Thence turning an interior angle of 177° 38'16" and continuing in a general easterly direction a distance of two hundred and 17/100 (200.17) feet to a point;

Thence turning an interior angle of 182° 21'44" and continuing in a general easterly direction a distance of four hundred eighty-five and 33/100 (485.33) feet to a granite bound, said granite bound being the northwesterly corner of land n/f belonging to Seaside Casual Holdings LP and the northeasterly corner of the herein described parcel, said last three courses being bounded northerly, respectively, by said Town of Coventry land;

Thence turning an interior angle of 110° 29'00" and running in a general southerly direction bounded easterly by said Seaside Casual Holdings LP a distance of four hundred forty-four and 40/100 (444.40) feet to a point;

Thence turning an interior angle of 193° 37'00" and continuing in a general southerly direction bounded easterly in part by said Seaside Casual Holdings LP land, in part by said Town of Coventry land and in part by land n/f belonging to The Audubon Society of Rhode Island a distance of seven hundred twenty-four and 70/100 (724.70) feet to a point;

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Ps: 894

INST: 00001308
Bk: 2155 Ps: 850

Thence turning an interior angle of 176° 22'00" and continuing in a general southerly direction bounded easterly by said Audubon Society of Rhode Island land a distance of six hundred twenty feet, more or less (620' +/-) to a point on the northerly bank of the South Branch of the Pawtuxet River;

Thence turning and running in an irregular line along the northerly bank of the South Branch of the Pawtuxet River in a general westerly, southerly, westerly, northerly, westerly, southwesterly, southeasterly, easterly, southerly, southwesterly, southerly and westerly direction a distance of four thousand seven hundred ninety feet, more or less (4790'+/-) to the easterly bank of the Flat River Dam,
so-called;

Thence turning and running in a general southerly direction along the bank of said dam a distance of seventy-five feet, more or less (75'+/-) to a point;

Thence turning and running in an irregular line along the southerly bank of the South Branch of the Pawtuxet River in a general southeasterly, northeasterly, southeasterly, southwesterly, northeasterly, northerly , northeasterly, southerly, southwesterly, easterly, southerly, easterly, northeasterly, northerly, easterly, northeasterly, southerly, southeasterly and easterly direction a distance of four thousand three hundred and fifteen feet, more or less (4315'+/-) to a point;

Thence turning and running in a general southerly direction bounded easterly by land n/f belonging to Airsand Realty, LLC, a distance of four hundred two feet , more or less (402'+/-) feet to a point;

Thence turning an interior angle of 82°30'00" and running in a general westerly direction bounded southerly in part by land n/f belonging to Charles D. Anthony, in part by land n/f belonging to Barry R. & Michele M. Holt, in part by land n/f belonging to John H. Potvin & Keri A. Reilly-Potvin a distance of one thousand six hundred seventy and 78/100 (1670.78) feet to a field stone bound;

Thence turning an interior angle of 176°15'41" and continuing in a general westerly direction bounded southerly in part by land n/f belonging to Amy I. & Corey H. Suffoletto, in part by land n/f belonging to Dennis Lafleur & Brittany A. Newton and in part by land n/f belonging to Charles Agwynobi a distance of six hundred two and 66/100 (602.66) feet to a point in the northerly line of said Reservoir Road, so-called;

Thence turning an interior angle of 178°36'23" and continuing in a general westerly direction along the northerly line of said Reservoir Road, so-called, a distance of two hundred ninety-two and 78/100 (292.78) feet to the point and place of beginning.

Said last described line forms an interior angle of 92°13'10" with said first described line.

Said parcel contains 100 acres, more or less.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 895

INST: 00001308
Bk: 2155 Pg: 851

For a more particular description see that plan entitled "Comprehensive Boundary Survey A. P. 59, Lot 5 prepared for Soscia Holdings LLC location: Quidnick Reservoir Property Coventry, Rhode Island scale: 1"-150' date: Feb. 25. 2020 by Boyer Associates".

PARCEL II:

All right, title and interest of Quidnick Reservoir Company in the properties conveyed to Quidnick Reservoir Company by the deeds listed on Exhibit B attached hereto. excepting any interest in any of said properties that has prior hereto been conveyed out to another party by Quidnick Reservoir Company.

Also specifically including in this conveyance any and all right held by Quidnick Reservoir Company to cover and flow with water all or so much of any such lands as shall be consequent upon and caused by the erection and maintenance of any dam on the Flat River within the Town of Coventry, and including and hereby conveying any and all rights that Quidnick Reservoir Company has or has any claim to in any waters within the Town of Coventry, including but not limited to Flat River Reservoir or Johnson's Pond so-called

It is the purpose and intent of this Deed to convey. and Quidnick Reservoir Company hereby does convey, to Soscia Holdings LLC all the right. title, claim and interest that Quidnick Reservoir Company has in and to any and all land in the Town of Coventry, and any and all rights, title, claims and interest that Quidnick Reservoir Company has in the waters or submerged lands within the Town of Coventry. including but not limited to the Flat River Reservoir and Johnson's Pond, and all flowage rights, dams, flumes, raceways and other apparatus or equipment used in connection therewith.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.



INST: 00001308
Bk: 2302 Pg: 852

113
4

TOWN OF COVENTRY. R. I.
FROM 1743 TO DECEMBER 31, 1925

EXHIBIT B

| GRANTEE | GRANTOR | | KIND | VOL. | PAGE | YEAR |
|---|---|---|---|---|---|---|
| Quidnick Greenhouses Inc | Joseph H Cushing | | | 39 | 59 | 1916 |
| Quidnick Greenhouses Inc | Francis J Flanagan | al | | 41 | 132 | 1920 |
| Quidnick Greenhouses Inc | Mary E Cushing | | | 41 | 138 | 1920 |
| Quidnick Greenhouses Inc (Bankrupt) | (William E Reddy) | | Apot | 39 | 390 | 1925 |
| Quidnick Greenhouses | (Helen A Lamont) | | Cert | 39 | 402 | 1925 |
| Quidnick Mfg Co | Union Company | | | 30 | 570 | 1864 |
| Quidnick Mfg Co | Rhode Island Baptist State Convention Tr | | | 30 | 680 | 1866 |
| Quidnick Reservoir Co | Job Harkness | Lse | | 21 | 660 | 1847 |
| Quidnick Reservoir Co | John W Johnson | Lse | | 21 | 660 | 1847 |
| Quidnick Reservoir Co | James G Anthony Tr | | | 21 | 663 | 1847 |
| Quidnick Reservoir Co | Alfred O Matteson ux Lse | | | 23 | 43 | 1842 |
| Quidnick Reservoir Co | Job Harkness | | | 24 | 322 | 1857 |
| Quidnick Reservoir Co | Henry B Colvin | | | 25 | 140 | 1857 |
| Quidnick Reservoir Co | John J Kilton | | | 25 | 150 | 1857 |
| Quidnick Reservoir Co | Asa Sisson | al | | 25 | 169 | 1857 |
| Quidnick Reservoir Co | Abby Watson | | | 25 | 226 | 1858 |
| Quidnick Reservoir Co | Amelia Manchester | | | 25 | 233 | 1858 |
| Quidnick Reservoir Co | Caleb Carr | | | 25 | 234 | 1858 |
| Quidnick Reservoir Co | Daniel Nason | al | | 25 | 239 | 1858 |
| Quidnick Reservoir Co | Freeman Baker | | | 25 | 240 | 1858 |
| Quidnick Reservoir Co | Henry W Tiffany | al | | 25 | 342 | 1858 |
| Quidnick Reservoir Co | Burrill Shippee | al | | 35 | 344 | 1858 |
| Quidnick Reservoir Co | Thomas Tiffany | al | | 25 | 274 | 1859 |
| Quidnick Reservoir Co | Samuel Tarbox | | | 25 | 281 | 1859 |
| Quidnick Reservoir Co | William Rice | | | 25 | 283 | 1859 |
| Quidnick Reservoir Co | Emanuel Rice | | | 24 | 566 | 1860 |
| Quidnick Reservoir Co | Benjamin A Wightman | | | 25 | 315 | 1860 |
| Quidnick Reservoir Co | Ann Arnold | al | | 26 | 14 | 1860 |
| Quidnick Reservoir Co | Christopher W Arnold | | | 25 | 320 | 1861 |
| Quidnick Reservoir Co | Amelia Manchester | | | 25 | 326 | 1861 |
| Quidnick Reservoir Co | John J Kilton | | | 26 | 164 | 1862 |
| Quidnick Reservoir Co | Ebben W Sweet admr | | | 26 | 327 | 1863 |

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 897

INST: 00001308
Bk: 2155 Pg: 853

# GENERAL INDEX

## TOWN OF COVENTRY, R. I.
### FROM 1743 TO DECEMBER 31, 1925

113
5

| GRANTEE | GRANTOR | | VOL | PAGE | YEAR |
|---|---|---|---|---|---|
| Quidnick Reservoir Company | Lowry A Stone | ux | 26 | 573 | 1867 |
| Quidnick Reservoir Co | Frederick Burgess Admr | | 26 | 586 | 1867 |
| Quidnick Reservoir Co | Pardon S Peckham | | 26 | 591 | 1867 |
| Quidnick Reservoir Co | Patrick Fitzpatrick | ux | 26 | 592 | 1867 |
| Quidnick Reservoir Co | Stephen Andrew Jr | | 26 | 614 | 1867 |
| Quidnick Reservoir Company | Philip Johnson Gdn | al | 26 | 635 | 1867 |
| Quidnick Reservoir Co | Curnel O Havens | | 27 | 61 | 1867 |
| Quidnick Reservoir Co | Pardon S Peckham | | 27 | 62 | 1867 |
| Quidnick Reservoir Co | Sheldon Read | | 27 | 63 | 1867 |
| Quidnick Reservoir Co | Gilbert P Salsbury | | 27 | 73 | 1867 |
| Quidnick Reservoir Co | Jenkins J Johnson | | 27 | 148 | 1867 |
| Quidnick Reservoir Co | Philip Johnson | | 27 | 157 | 1867 |
| Quidnick Reservoir Co | Welcome R Arnold | | 26 | 665 | 1868 |
| Quidnick Reservoir Co | Benjamin B Congdon | ux | 27 | 206 | 1868 |
| Quidnick Reservoir Co | Benjamin B Congdon | ux | 27 | 207 | 1868 |
| Quidnick Reservoir Co | Jesse Matteson | al | 27 | 263 | 1868 |
| Quidnick Reservoir Co | Richard T Mitchell | | 27 | 267 | 1868 |
| Quidnick Reservoir Co | Lillis Goodspeed | | 27 | 280 | 1868 |
| Quidnick Reservoir Company | Town of Coventry | | 28 | 35 | 1869 |
| Quidnick Reservoir Co | Hannah Ralph | | 28 | 128 | 1870 |
| Quidnick Reservoir Co | Philip Sweet | | 28 | 159 | 1870 |
| Quidnick Reservoir Co | Philip A Sweet | | 28 | 160 | 1870 |
| Quidnick Reservoir Co | Perry Andrew | al | 27 | 743 | 1872 |
| Quidnick Reservoir Co | Joseph Read | | 27 | 749 | 1873 |
| Quidnick Reservoir Co | Willard Hines | | 27 | 750 | 1872 |
| Quidnick Reservoir Co | Benedict Laphan | | 32 | 306 | 1872 |
| Quidnick Reservoir Co | Benedict Lapham | | 28 | 307 | 1872 |
| Quidnick Reservoir Co | Cyrus Harris | al | 28 | 308 | 1872 |
| Quidnick Reservoir Co | Coventry Co | | 28 | 309 | 1872 |
| Quidnick Reservoir Co | Cyrus Harris | al | 28 | 390 | 1873 |
| Quidnick Reservoir Co | Coventry Co | | 28 | 391 | 1873 |
| Quidnick Reservoir Co | James Hill | | 28 | 404 | 1873 |
| Quidnick Reservoir Co | Benjamin Mitchell | | 28 | 415 | 1873 |
| Quidnick Reservoir Co | Benjamin S Briggs | | 29 | 36 | 1873 |

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST: 00002810
Bk: 2302 Pg: 898



INST: 00001308
Bk: 2155 Pg: 854

113
6

## GENERAL INDEX

### TOWN OF COVENTRY, R. I.
#### FROM 1743 TO DECEMBER 31, 1925

| GRANTEE | GRANTOR | | VOL | PAGE | YEAR |
|---|---|---|---|---|---|
| | Curnel O Havens | al | 29 | 192 | 1874 |
| Quidnick Reservoir Co | Wanton J Matteson | | 29 | 193 | 1874 |
| Quidnick Reservoir Co | Raymond P Goff | | 29 | 202 | 1874 |
| Quidnick Reservoir Co | William H Slocum | | 29 | 236 | 1875 |
| Quidnick Reservoir Co | Bartholomew Johnson | al | 29 | 237 | 1875 |
| Quidnick Reservoir Co | Horatio N Cooke | al | 29 | 252 | 1875 |
| Quidnick Reservoir Co | Daniel K Freeman | al | 29 | 483 | 1877 |
| Quidnick Reservoir Co | Oliver O Colvin | | 29 | 487 | 1877 |
| Quidnick Reservoir Co | Thomas G Arnold Widow of | al | 30 | 45 | 1877 |
| Quidnick Reservoir Co | William A Stone | Rel | 30 | 48 | 1877 |
| Quidnick Reservoir Co | Joseph Vaughn | al | 29 | 611 | 1880 |
| Quidnick Reservoir Co | Allason Franklin | | 29 | 614 | 1880 |
| Quidnick Reservoir Co | Allason Franklin | al | 29 | 615 | 1880 |
| Quidnick Reservoir Co | Acos F Franklin | | 29 | 616 | 1880 |
| Quidnick Reservoir Co | Allason Franklin | | 29 | 617 | 1880 |
| Quidnick Reservoir Co | Mary A Bowen | al | 29 | 618 | 1880 |
| Quidnick Reservoir Co | Richard Spencer | | 29 | 624 | 1880 |
| Quidnick Reservoir Co | James Abbott | | 29 | 625 | 1880 |
| Quidnick Reservoir Co | James M Wood | | 29 | 635 | 1880 |
| Quidnick Reservoir Co | Henry C Whipple | | 29 | 636 | 1880 |
| Quidnick Reservoir Co | William R Colvin | al | 30 | 176 | 1880 |
| Quidnick Reservoir Co | Jeremiah Potter | al | 30 | 180 | 1880 |
| Quidnick Reservoir Co | Mary Whitford | | 30 | 193 | 1880 |
| Quidnick Reservoir Co | Charles N Matteson Gdn | | 30 | 217 | 1880 |
| Quidnick Reservoir Co | John A Chace | al | 29 | 670 | 1891 |
| Quidnick Reservoir Co | Oliver S Matteson | ux | 29 | 672 | 1881 |
| Quidnick Reservoir Co | Henry Burlingame | al | 30 | 298 | 1881 |
| Quidnick Reservoir Co | Jabez Relph | al | 30 | 343 | 1882 |
| Quidnick Reservoir Co | Charles H Whitman | al | 30 | 346 | 1882 |
| Quidnick Reservoir Co | James F Gavitt | | 30 | 358 | 1882 |
| Quidnick Reservoir Co | William A N Matteson | | 30 | 413 | 1882 |
| Quidnick Reservoir Co | Sheffield Wait | | 32 | 217 | 1891 |
| Quidnick Reservoir Co | Stephen W Griffin | | 34 | 561 | 1896 |
| Quidnick Reservoir Co | Henry C Whipple | | 36 | 474 | 1908 |

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/21/2024 11:25 AM
Envelope: 4682299
Reviewer: Danielle K.

INST:  00002810
Bk:  2302  Pg:   899

INST:  00001308
Bk:  2155  Pg:   855

# GENERAL  INDEX

### TOWN OF COVENTRY, R. I.
#### FROM 1743 TO DECEMBER 31, 1925

| GRANTEE | GRANTOR | KIND | VOL. | PAGE | YEAR |
|---|---|---|---|---|---|
| Quidnick Reservoir Co | John Hanson | ux | 36 | 475 | 1908 |
| Quidnick Reservoir Co | George H Wilcox | al Agnt | 39 | 56 | 1916 |
| Quidnick Reservoir Co | George B Wilcox | al Agnt | 39 | 57 | 1916 |
| Quidnic Baptist Society | Whipple A Arnold | al | 23 | 617 | 1853 |
| Quidnick Baptist Society Tr of | William R Warner | ux | 30 | 679 | 1866 |
| Quidnick Baptist Society | Eliza Essex | | 31 | 259 | 1886 |
| Quidnick Baptist Society | Oliver R Matteson | al | 31 | 260 | 1886 |
| Quidnick Baptist Society | Amy A Howard | al | 31 | 566 | 1889 |

TOWN OF COVENTRY, R.I.
Mar 03,2020 08:35A
JOANNE P AMITRANO, TOWN CLERK

TOWN OF COVE    R.I.
Jun 21,2024
JOANNE P AMITRANO, TOWN CLERK

TOWN OF COVENTRY, R.I.
Jun 21,2024 10:03A
JOANNE P AMITRANO, TOWN CLERK