# Exhibit 8

## Kent County Superior Court

# Case Summary

## Case No. KM-2024-0578

| | | | |
|---|---|---|---|
| **In Re: Town of Coventry** | § | Location: | **Kent County Superior Court** |
| | § | Filed on: | **06/21/2024** |

---

## Case Information

Case Type: Other Miscellanous Petition
Case Status: **06/21/2024**
**Unassigned**

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Town of Coventry** | **ANGELL, STEPHEN J.** *Retained* |
| | | **ESKEY, MICHAEL T** *Retained* |
| | | **SYLVIA, JENNIFER L.** *Retained* |
| | | **BENJAMIN, NICOLE J** *Retained* |
| | | **TARANTINO, JOHN A.** *Retained* |
| | | **DESISTO, MARC** *Retained* |
| **Defendant** | N/A | |
| **Interested Party** | **Soscia Holdings, LLC** | **KELLY, MICHAEL A.** *Retained* |
| | | **LEVESQUE, SCOTT D.** *Retained* |
| | | **Estabrooks, Gregory Scott** *Retained* |

## Case Events

| | | |
|---|---|---|
| 06/21/2024 | 📄 | Petition Filed |
| 06/21/2024 | 📄 | Entry of Appearance |
| 06/25/2024 | | Summons |
| 06/27/2024 | 📄 | Affidavit Filed |
| 06/28/2024 | 📄 | Order Motion to Deposit Funds    (Judicial Officer: Licht, Associate Justice Richard) |
| 06/28/2024 | | Miscellaneous Case Notes |
| 07/28/2025 | 📄 | Miscellaneous Motion Filed |
| 07/28/2025 | 📄 | Memorandum Filed |
| 07/28/2025 | 📄 | Omnibus Form |
| 08/08/2025 | 📄 | Entry of Appearance - Limited Scope |
| 08/08/2025 | 📄 | Objection to Motion |
| 08/08/2025 | 📄 | Memorandum Filed |
| 08/18/2025 | 📄 | Omnibus Form |
| 08/18/2025 | 📄 | Motion to Seal |
| 08/18/2025 | | Memorandum Filed |
| 08/18/2025 | 📄 | Entry of Appearance |
| 08/21/2025 | 📄 | Memorandum Filed |

| 08/27/2025 | 🔴 |
| Memorandum Filed |

| 09/26/2025 | 🔴 |
| Entry of Appearance |

| 09/26/2025 | 🔴 |
| Entry of Appearance |

| 10/07/2025 | 📄 |
| Supplemental Memorandum Filed |

| 10/17/2025 | 🔴 |
| Response |

| 11/07/2025 | 🔴 |
| Decision Entered     (Judicial Officer: Licht, Associate Justice Richard) |

| 11/12/2025 | 🔴 |
| Entry of Appearance - Limited Scope |

| 11/13/2025 | 🔴 |
| Entry of Appearance - Limited Scope |

| 11/14/2025 | 🔴 |
| Entry of Appearance - Limited Scope |

| 11/14/2025 | 🔴 |
| Notice |

| 11/20/2025 | 🔴 |
| Notice |

| 11/20/2025 | 🔴 |
| Entry of Appearance - Limited Scope |

| 11/25/2025 | 🔴 |
| Order Entered     (Judicial Officer: Licht, Associate Justice Richard) |

| 12/01/2025 | 📄 |
| Memorandum Filed |

| 12/01/2025 | 📄 |
| Supplemental Memorandum Filed |

| 12/08/2025 | 🔴 |
| Memorandum Filed |

| 12/08/2025 | 🔴 |
| Response |

| 12/12/2025 |  Motion for Continuance |
| 12/16/2025 | Objection to Motion |
| 12/17/2025 | Withdrawal of Appearance - Limited Scope |
| 01/27/2026 | Notice |

---

## Hearings

**06/28/2024**   **Hearing on Motion for Deposit**  (10:00 AM)  (Judicial Officer: Licht, Associate Justice Richard)
*Heard and Granted*

**12/17/2025**   **Hearing on Motion for Entry of Judgment**  (9:30 AM)  (Judicial Officer: Licht, Associate Justice Richard)
09/02/2025 Reset by Court to 09/30/2025
09/30/2025 Reset by Court to 12/17/2025
12/17/2025 Reset by Court to 12/17/2025
*Heard and Granted*

**12/17/2025**   **Hearing on Motion to Seal**  (9:31 AM)  (Judicial Officer: Licht, Associate Justice Richard)
09/02/2025 Reset by Court to 09/30/2025
09/30/2025 Reset by Court to 12/17/2025
12/17/2025 Reset by Court to 12/17/2025
*Heard and Continued*

**12/17/2025**   **Hearing on Motion to Withdraw**  (9:30 AM)  (Judicial Officer: Licht, Associate Justice Richard)
*Heard and Denied*

---

## Financial Information

| **Plaintiff** | Town of Coventry | |
| Total Financial Assessment | | 180.75 |
| Total Payments and Credits | | 180.75 |
| **Balance Due as of 02/05/2026** | | **0.00** |

| Date | Transaction | Reference | Amount |
|---|---|---|---|
| 06/21/2024 | Transaction Assessment | | 180.75 |
| 06/21/2024 | Electronic Payment | Receipt # SCK-2024-001088 | (180.75) |