# Exhibit 9

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 7/28/2025 1:31 PM
Envelope: 5236910
Reviewer: Mike R.

Case 1:25-cv-00274-MRD-AEM   Document 51-9   Filed 02/05/26   Page 2 of 5 PageID #: 2369

HEARING DATE: September 2, 2025 at 9:30 a.m. (Licht, J.)

| | |
|---|---|
| STATE OF RHODE ISLAND | SUPERIOR COURT |
| KENT, SC. | |

IN RE TOWN OF COVENTRY          :          Case No.: KM-2024-0578
      *Petitioner*          :

## PETITIONER'S MOTION FOR ENTRY OF JUDGMENT OR, ALTERNATIVELY, ASSIGNMENT FOR TRIAL

Petitioner Town of Coventry hereby moves pursuant to R.I. GEN. LAWS § 24-1-1 *et seq.* and SUPER. CT. R. CIV. P. 58(2) for an entry of judgment or, alternatively, for an order assigning the case for trial pursuant to R.I. GEN. LAWS § 24-1-9 and SUPER. CT. R. CIV. P. 40(2). As grounds, the Town submits as follows.

Notwithstanding service of the notice of condemnation and actual notice thereof, the owners and those having interest (collectively "Soscia") in the condemned dam and pond property that is the subject of this action failed timely to file a petition for an assessment of damages as required by R.I. GEN. LAWS § 24-1-8 (assessment of damages by court). Instead, Soscia has attempted an end-run around this Court by attacking the condemnation in the Rhode Island federal district court. Soscia's failure to petition for an assessment of damages in this Court likely forfeits and forever forecloses any right, claim, or action that Soscia had to file a petition challenging the taking and the compensation paid by the Town. Notwithstanding, Soscia's attempt to run around § 24-1-8's one-year clock does not obviate the Town's right to a final disposition of the Town's petition and condemnation.

By the within motion, the Town thus seeks an order from the Court advancing the proceedings to a final disposition of the Town's petition and condemnation. To that end, the Town submits that the Court has authority and discretion to proceed in one of two directions.

1

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 7/28/2025 1:31 PM
Envelope: 5236910
Reviewer: Mike R.

First, because the Town has already deposited the dollar amount of the value of the condemned property in the registry of the court, the Court has authority and discretion pursuant to R.I. GEN. LAWS § 24-1-1 *et seq.* and SUPER. CT. R. CIV. P. 58(2) to enter a final judgment determining that the value of the condemned property is $157,000 and discharging the Town from all liability in connection with the taking. Second, alternatively, to the extent the Court considers that additional evidence is necessary, the Court has authority and discretion pursuant to R.I. GEN. LAWS § 24-1-9 and SUPER. CT. R. CIV. P. 40(2) to issue an order assigning the case for trial to determine damages.

The within motion is supported by the Town's concomitantly filed memorandum. The Town's motion and supporting memorandum have been or (well in advance of the hearing) will be served or delivered together with an omnibus form with notice of hearing on all former owners and/or persons purporting to have an interest who were previously served with notice of the condemnation (*i.e.,* Soscia Holdings, LLC, Boating at Johnson's Pond, LLC, Waterfront at Johnson's Pond, LLC, Common Area at Johnson's Pond, LLC, Structures at Johnson's Pond, LLC, and Land at Johnson's Pond, LLC).

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 7/28/2025 1:31 PM
Envelope: 5236910
Reviewer: Mike R.

Case 1:25-cv-00274-MRD-AEM    Document 51-9    Filed 02/05/26    Page 4 of 5 PageID #: 2371

**WHEREFORE**, the Town of Coventry respectfully requests that the Court grant the within motion and enter judgment for the Town or enter an order assigning the case for trial for a final determination of the value of the condemned property.

**PETITIONER,**

**TOWN OF COVENTRY,**

**By its attorneys,**

/s/*Michael T. Eskey*
Michael T. Eskey (#3035)
**Moses Ryan Ltd.**
40 Westminster Street, 9th Floor
Providence, Rhode Island 02903
(401) 453-3600
(401) 433-7834 (direct line)
**teskey@marlawri.com**


Stephen J. Angell, Esq. #6132
**Angell Law, LLC**
56 Pine Street, Suite 200
Providence, Rhode Island 02903
Direct Dial:    401.258.3440
Email:  stephen@angell.law
*Town Solicitor*

**Date: July 28, 2025**

3

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 7/28/2025 1:31 PM
Envelope: 5236910
Reviewer: Mike R.

# **CERTIFICATION**

I hereby certify that on the 28th day of July 2025, I filed and served the foregoing document through the electronic filing system on counsel for all parties designated to receive service. Additionally, the undersigned caused copies of the foregoing document to be delivered by certified mail (return receipt requested) or email attachment to:

Richard E. Fleury, Esq.
33 College Hill Road, Bldg. 20
Warwick, RI 02886
*Registered Agent for Soscia Holdings, LLC, Structures at Johnson's Pond, LLC, Boating at Johnson's Pond, LLC, Waterfront at Johnson's Pond, LLC, Common Area at Johnson's Pond, LLC, and Land at Johnson's Pond, LLC*

Michael A. Kelly, Esq.
Scott D. Levesque, Esq.
Gregory S. Estabrooks, Esq.
KSPR LAW, P.C.
128 Dorrance Street, Suite 300
Providence, RI 02903
mkelly@ksprlaw.com
*Counsel of Record for Soscia Holdings, LLC, Structures at Johnson's Pond, LLC, Boating at Johnson's Pond, LLC, Waterfront at Johnson's Pond, LLC, Common Area at Johnson's Pond, LLC, and Land at Johnson's Pond, LLC* (*Soscia Holdings, LLC et al. v. Town of Coventry, et al.,* D.R.I. Case No. 1:25-cv-00274-MRD-AEM)

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/*Michael T. Eskey*

4