# Exhibit 13

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT


IN RE TOWN OF COVENTRY          :          Case No.: KM-2024-0578
       *Petitioner*          :


### AFFIDAVIT OF THOMAS S. ANDOLFO, MAI, SRA, AI-GRS

I, Thomas S. Andolfo, MAI, SRA, AI-GRS, being under oath, on personal knowledge, do

hereby depose and state as follows:

1.  I am a Member of the Appraisal Institute (MAI), a Certified General Appraiser in Rhode Island, Massachusetts, and Connecticut, a licensed real estate broker in Rhode Island, President of Andolfo Appraisal Associates, Inc., and have been engaged in the real estate business for over 40 years. My qualifications as a real estate appraiser, including my education, licenses, publications, presentations, professional affiliations and activities, the courts, cities, and towns in which I have been qualified to testify as an appraisal expert, and a representative list of appraisal clients is attached hereto as Exhibit 1.

2.  I have been engaged by counsel for the Town of Coventry ("Town") to appraise and opine on the as-is, fee simple market value of the property in Coventry, Rhode Island acquired by Soscia Holdings LLC ("Soscia") from the Quidnick Reservoir Company ("Quidnick") on March 3, 2020, as documented and described in the Quitclaim Deed from Quidnick to Soscia recorded in the Town's land evidence records at Book 2155, pages 847-855 ("Subject Property").

3.  In sum, the Subject Property consists of the Flat River Reservoir and dam, associated water rights, and an area of undeveloped, open-space land downstream of the Pond and dam (commonly known as Johnson's Pond).

4.  Among many other things, in connection with my appraisal of the Subject Property, I considered cost data provided by professional engineers at GZA GeoEnvironmental ("GZA") with respect to necessary repairs and maintenance of the dam and cost data provided by DiPrete Engineering ("DiPrete") with respect to the possible residential development of the downstream open-space land and I made the Extraordinary Assumption – as that term is used and defined in the Uniform Standards of Professional Appraisal Practice ("USPAP") – that data provided by GZA and DiPrete were within a reasonable degree of engineering certainty.

5.  For the reasons set out in my appraisal report of the Subject Property (copy attached hereto as Exhibit 2), including consideration of multiple development scenarios related to a highest and best use analysis of the Subject Property and based, among other things, on conceptual development plans for the open space and associated costs provided by DiPrete Engineering

1

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

and on the condition of the dam and costs for necessary dam repairs and improvements developed by GZA, I concluded that the as-is market value of the pond, dam, and open-space property (effective date of April 3, 2024), was $2,867,000.

6. That value conclusion, however, did not take account of damage to the dam's spillway structure that occurred near or subsequent to the effective date of valuation, and the repair costs therefore, which GZA estimates will require expenditure of an additional $1,337,100. Those additional spillway repair costs reduce the as-is market value of the pond, dam, and open-space property as concluded in my original appraisal report (Exh. 2) to $1.53 million (rounded).

7. Following the production and delivery of my original appraisal report (Exh. 2), counsel for the Town requested that I update my appraisal report based on the assumption that the open-space property downstream of the dam is subdivided into two parcels – one immediately downstream of the dam consisting of about 48 acres and the other consisting of the remainder of the open-space property, which is about 69 acres. For the update, counsel requested an appraisal opinion on the as-is market value of the smaller parcel immediately downstream of the dam ("Reduced Open-Space Property").

8. Based, among other things, on a conceptual plan by DiPrete for the development on the Reduced Open-Space Property of 92 apartment units, less roadway/access costs estimated by DiPrete, I concluded in a June 10, 2024, update to my appraisal report (copy attached as Exhibit 3) that the as-is market value of the Reduced Open-Space Property (effective date of June 7, 2024) is $790,000.

9. I have read Resolution No. 2024-42 adopted by the Town Council of the Town of Coventry on June 20, 2024, and with reference to that part of that resolution in which the Town Council estimates in good faith that just compensation for the Town's taking by eminent domain of Johnson's Pond, its dam, and the Reduced Open-Space Property (collectively, "Taken Property") is $157,000, it is my opinion to a reasonable degree of appraisal certainty based on my knowledge, training, experience, and appraisal work as documented in my original and updated reports that the Town's estimate as to the just compensation of the Taken Property is a fair estimate of the Subject Property's "as is" fee simple market value.

10. The Town's $157,000 estimate takes into consideration the determinations in my original and updated appraisal reports of the as-is market value of the Subject Property that includes the Pond and dam ($2,952,000) and adds to that the as-is market value of the Reduced Open-Space Property ($790,000), and then appropriately subtracts from that combined total value ($3,742,000), the GZA-estimated dam repair costs ($3,585,000) as documented in my original report to arrive at the estimated $157,000.

2

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-13    Filed 02/05/26    Page 4 of 71 PageID #: 2603

11. Finally, while the $157,000 estimate of value is fair, it did not further subtract the GZA-estimated additional costs of $1,337,100 for repair of the dam's spillway structure, which would essentially reduce the Taken Property's "as is" fee simple market value to zero dollars.


Thomas S. Andolfo, MAI, SRA, AI-GRS

**STATE OF RHODE ISLAND**

Sworn to before me in *Providence*, Rhode Island, on June *26*, 2024.

Notary Public    770601
My Commission expires: 06/01/2027

3

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

# EXHIBIT 1

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

### QUALIFICATIONS OF THOMAS S. ANDOLFO, MAI, SRA, AI-GRS
### REAL ESTATE APPRAISER AND CONSULTANT
### ASSOCIATED WITH ANDOLFO APPRAISAL ASSOCIATES, INC.

Engaged in the Real Estate Business for 43 years

President, ANDOLFO APPRAISAL ASSOCIATES, INC.

Member of the Appraisal Institute, MAI Designation #10266

Certified General Appraiser, State of Rhode Island #CGA.0A00121

Certified General Appraiser, Commonwealth of Massachusetts #2789

Certified General Appraiser, State of Connecticut #RCG.0001283

Licensed Real Estate Broker, State of Rhode Island #B09263

Graduate of La Salle Academy, Providence, Rhode Island (1969)

Graduate of The College of Holy Cross College, Worcester, Massachusetts (1973)

Certificate in Real Estate, University of Rhode Island (1979)

Affiliations:

  Rhode Island Commercial and Appraisal Board of Realtors

  Rhode Island Association of Realtors - Statewide MLS

  National Association of Realtors

  Rhode Island Commercial and Appraisal Board of Realtors

Authorship:

  New England Real Estate Journal, August 2015, "An Update on the Link District in Providence, RI"

  VALUATION, as published by the Appraisal Institute, Third Quarter 2013, "The 'Mall' in 'Small'"

  New England Real Estate Journal, October and November 2004, "Rhode Island Suburban Medical and Biotech Overview"

  New England Real Estate Journal, November 2003, "A Look at the Valuation of a Telecommunication Facility"

  The Appraisal Journal, July 2001, "Telecommunications:  The Wireless Personal Communications Services (PCS) Industry"

Presentations:

  Transportation Research Board Eminent Domain and Land Use Committee - Workshop on Transportation Law, The Care and Proper Feeding of Expert Witnesses, Panel Discussion, July 13 2010

  Rhode Island Association of Assessing Officers - Commercial Appraisals and the Tax Appeal Process, March 17, 2006

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Directorships:

Rhode Island Real Estate Appraisers Board – Board Member    –    2003 – 2004
                                          Board Chairman –    2005 – 2009
                                          Board Member    –    2010 – 2013

Chair of the Rhode Island Branch of the Massachusetts and Rhode Island
  Chapter of the Appraisal Institute - December 2012 - December 2013

Board of Directors of the Massachusetts and Rhode Island
  Chapter of the Appraisal Institute - January 2014 – December 2016

Past President of the Holy Cross Club of Rhode Island

Past President of the Rhode Island Chapter, Appraisal Institute (1993, 2007,
  and 2008)

First Night Providence - Second Vice President and Fund Raising Chairman

Trustee of the North Providence Land Trust – 2003 - 2004

Educational Activities:

Member of the National Experience Review Committee for MAI Experience
  Credits
Past Instructor of Real Estate Appraisal - University of Rhode Island,
  College of Continuing Education, and the Rhode Island Board of Realtors

Qualified Expert Witness:

United States Federal Court
Superior Court of Rhode Island
Rhode Island Bankruptcy and Probate Courts
Worcester County Bankruptcy Court
Court Appointed Arbitrator

City of Attleboro, MA, Zoning Board of Appeals
City of Cranston, Zoning Board of Review
City of East Providence, Zoning Board of Review
City of Fall River, MA, Zoning Board of Appeals
City of Pawtucket, Zoning Board of Review
City of Providence, Zoning Board of Review
City of Warwick, Zoning Board of Review
City of Warwick, City Council
City of Woonsocket, Zoning Board of Review

Town of Barrington, Zoning Board of Review
Town of Bristol, Town Council
Town of Bristol, Zoning Board of Review
Town of Burrillville, Zoning Board of Review
Town of Coventry, Zoning Board of Review
Town of Cumberland, Town Council
Town of Cumberland, Zoning Board of Review
Town of East Greenwich, Town Council
Town of Exeter, Zoning Board of Review
Town of Glocester, Zoning Board of Review
Town of Hopkinton, Zoning Board of Review
Town of Johnston, Town Council
Town of Johnston, Zoning Board of Review
Town of Lincoln, Zoning Board of Review
Town of Mansfield, MA, Zoning Board of Appeals

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Qualified Expert Witness:

Town of Medway, MA, Zoning Board of Appeals
Town of Middletown, Zoning Board of Review
Town of Millbury, MA, Planning Board
Town of Narragansett, Zoning Board of Review
Town of North Attleborough, MA, Zoning Board of Appeals
Town of North Kingstown, Zoning Board of Review
Town of North Providence, Town Council
Town of North Providence, Zoning Board of Review
Town of North Smithfield, Zoning Board of Review
Town of Portsmouth, Zoning Board of Review
Town of Richmond, Zoning Board of Review
Town of Seekonk, MA, Zoning Board of Review
Town of Smithfield, Town Council
Town of Smithfield, Zoning Board of Review
Town of South Kingstown, Zoning Board of Review
Town of Sutton, MA, Zoning Board of Appeals
Town of Tewksbury, MA, Planning Board
Town of Tewksbury, MA, Board of Selectmen
Town of Tiverton, Zoning Board of Review
Town of West Greenwich, Town Council
Town of West Greenwich, Zoning Board of Review
Town of West Warwick, Town Council
Town of Westerly, Zoning Board of Review

Appraisals for numerous Attorneys and Property Owners

Appraisals for Banks/Financial Institutions:

American Bank of Texas, N.A.
Aurora Bank, FSB
Bank of America
Bank Newport
Bay Coast Bank
Bluestone Bank
Bristol County Savings Bank
Brookline Bank / Bank Rhode Island
Business Development Company of Rhode Island
Cape Cod 5
Capital Crossing Bank
Central Rhode Island Development Corporation
Centreville Bank
Citizens Bank
Country Bank for Savings
Dime Bank
Domestic Bank
Eastern Bank
Eastern Funding
Enterprise Capital, Inc.
Federal Deposit Indemnity Corporation (FDIC)
Federal National Mortgage Corporation (FannieMae)
First Federal Savings Bank of America (FIRSTFED)
First International Bank
First National Bank of New England
Farm Credit East
First Trade Union Bank
Flagstar Bank
Freedom National Bank
Frontier Community Bank
GE Capital Mortgage Corporation

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals for Banks/Financial Institutions:

Greenwood Credit Union
HarborOne Bank
Home Loan & Investment Bank
Mansfield Bank
Minority Investment Development Corporation
Navigant Credit Union
Newport Federal Savings Bank
Ocean State Business Development Authority, Inc.
Pace Realty Advisors
Pawtucket Credit Union, n/k/a Coastall Credit Union
Peoples Savings Bank
Peoples United Bank
Randolph Savings Bank
Republic Bank
Resolution Trust Corporation (RTC)
Rhode Island Housing (formerly RIHMFC)
Rockland Trust Company
Sabadell United Bank
Salem Five Cents Savings Bank
Savings Institute Bank and Trust Company
Sovereign Bank New England
State Street Bank
TD Bank, N.A.
The Washington Trust Company
United States Department of Housing and Urban Development (HUD)
United States Small Business Administration
Wachovia Small Business Capital
Webster Bank
Wells Fargo Financial
Westerly Savings Bank
Zion First National Bank

Appraisals For:

76 Westminster Street, LLC
A.T. Cross Company
AAA of Southern New England
Achievement First
Alpha Realty Advisors
American Insulated Wire Corporation/Leviton Manufacturing
American Power Conversion
American Shipyard Corporation
Ann & Hope, Inc.
Ballard Exploration Company, Inc.
Beacon Mutual Insurance Company
Beacon Charter School
Bethany Home of Rhode Island
Block Island Conservancy
Blue Cross/Blue Shield of Rhode Island
Brown University
Burrillville Planning Department
Burrillville Sewer Commission
Catholic Family Life Insurance
Charlestown Land Trust
Chelsea Industries, Inc.
City of Central Falls
City of Cranston
City of East Providence
City of Newport

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

**ANDOLFO APPRAISAL ASSOCIATES, INC.**

Appraisals For:  (Con't)

City of Providence
City of Warwick
City of Woonsocket
Colliers International
Community College of Rhode Island
Cookson America
Cornish Associates
Cranston Housing Authority
Cranston Print Works
Cumberland Land Trust
D'Ambra Construction
Department of the Army
Gateway Healthcare
General Dynamics - Electric Boat Division
Glocester Land Trust
Granoff Realty II, LP
Greater Providence YMCA
Highlander Charter School
I-195 Redevelopment District
J.H. Lynch & Sons
Johnson & Wales University
Kent County Hospital
Koch Eye Associates
La Salle Academy
Landmark Medical Center
Lifespan Corporation
Marriott International, Inc.
Narragansett Bay Commission
National Grid, n/k/a Rhode Island Energy
National Marine Fisheries Service
National Railroad Passenger Corporation (AMTRAK)
Nationwide Insurance
Northern Rhode Island Conservation District
O.R. Colan Associates, Inc.
OSRAM SYLVANIA, INC.
Pawtucket Redevelopment Agency
Pawtucket Water Supply Board
Providence Planning and Development
Providence Public Building Authority
Providence Public Library
Providence Public Property (Redevelopment Agency)
Providence School Department
Providence Tax Assessment Review Board
Providence Tax Assessor
Providence Water
Providence and Worcester Railroad
Radiation Oncology
Raytheon
Rhode Island Airport Corporation
Rhode Island Attorney General
Rhode Island Department of Administration
Rhode Island Department of Labor and Training
Rhode Island Department of Children, Youth, and Families (DCYF)
Rhode Island Depositors Economic Protection Corporation (RI DEPCO)
Rhode Island Economic Development Corporation
Rhode Island Hospital
Rhode Island Industrial/Recreational Building Authority
Rhode Island Public Radio
Rhode Island Public Transit Authority

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals For: (Con't)

Rhode Island State Police
Rhode Island Solid Waste Management Corp.
Rhode Island Water Resources Board
RI Neurological Institute
Roger Williams University
Roman Catholic Diocese of Providence
Salvation Army of Rhode Island
Santoro Oil Company
South County Hospital
Sprint Spectrum, LP
Stantec
State of Rhode Island Building Code Standards Committee - Testimony
State of Rhode Island, Department of Transportation
State of Rhode Island, Department of Environmental Management
Steere House Nursing and Rehabilitation
Tenent Health Care
The Audubon Society
The Episcopal Diocese of Rhode Island
The Flatley Company
The Koffler Group
The Nature Conservancy
The Trust for Public Land
Tiverton Power - Caithness Corporation
Town of Barrington
Town of Bristol
Town of Burrillville
Town of Cumberland
Town of East Greenwich
Town of Johnston
Town of Lincoln
Town of Middletown
Town of Narragansett
Town of North Providence
Town of Portsmouth
Town of South Kingstown
Town of Warren
Trinity Repertory Theatre
United Parcel Service
United States Department of the Interior
United States Fish and Wildlife Services
United States Marshal Service, District of Rhode Island
United States Postal Service
University Gastroenterology
University of Rhode Island
W.D. Shock
Westerly Hospital
Women & Infants Hospital

Affiliated Companies:

President, Andolfo Real Estate, Inc. / MATT Associates, LLC

Web Site / E-Mail:

www.andolfoappraisal.com    /    tom.andolfo@verizon.net

(Revised 10-25-2023)

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO  APPRAISAL  ASSOCIATES,  INC.

## CERTIFIED  GENERAL  APPRAISER/REAL  ESTATE  BROKER  LICENSES



State of Rhode Island
Department of Business Regulation
Division of Commercial Licensing
Real Estate Appraisers Section

### CERTIFIED GENERAL APPRAISER

(In accordance with Title 5, Chapter 20.7 of the General Laws of Rhode Island relating to Real Estate Appraisers)

Pursuant to the vested authority and having received full payment of the required fee, the Department of Business Regulation has licensed/certified:

**Thomas S. Andolfo**

The person, firm, or partnership named herein, may engage in the business of appraisal practice, provided he/she shall, in all respects, conform to the Provisions of Title 5, Chapter 20.7 of the General Laws of Rhode Island, as amended, and the rules and regulations issued under the authority thereof, beginning 01/01/2024 and ending 12/31/2025 unless this license is suspended, revoked, or voluntarily returned to the Department of Business Regulation, Commercial Licensing, during this period.

Certification No.: **CGA.0A00121**

Kenneth P. Oter
Chairperson, Real Estate Appraisers Board

---



*State of Rhode Island*

*Department of*
*Business Regulation*

*Division of Commercial Licensing*

*Real Estate Broker License*

## **Thomas S Andolfo**

*has complied with all of the provisions of the law of this State, relative to the Real Estate Broker and is hereby authorized to transact business as a Real Estate Broker pursuant to the provisions of 5-20.5 of the General Laws of Rhode Island.*

License No.: **REB.0009263**      Issued: 5/1/2022      Expires: 4/30/2024

*Real Estate Administrator*

*Director of Business Regulation*

*This License must be prominently displayed in the Office of the Licensee*

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM     Document 51-13     Filed 02/05/26     Page 14 of 71 PageID #: 2613

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

# EXHIBIT 2

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

## REAL ESTATE APPRAISAL

*JOHNSON'S POND*

*1660 FLAT RIVER ROAD*

*COVENTRY, RHODE ISLAND 02816*

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

## AERIAL VIEW



ANDOLFO APPRAISAL ASSOCIATES, INC.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential


April 3, 2024

RE:    Johnson's Pond, Coventry

Stephen J. Angell, Esq.
1310 Atwood Avenue
Johnston, Rhode Island 02919       401-258-3440     stephen@angell.law

Timothy Eskey, Esq.
Moses Ryan Ltd.
40 Westminster Street, Suite 9th Floor
Providence, Rhode Island 02903     401-453-3600     teskey@marlawri.com

## PURPOSE OF THE APPRAISAL

The purpose of the appraisal was to opine for the subject's "as is" fee simple market value and within that context to opine for the subject's most probable market rent. The effective date of appraisal is April 2, 2024.

## CONTINGENT AND LIMITING CONDITIONS

The certification of Thomas S. Andolfo, MAI, SRA, AI-GRS, ("Appraiser") appearing in the appraisal report is subject to the following conditions and to such other specific and limiting conditions as set forth by said Appraiser in the report:

1.    The Appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or the title thereto, nor does the Appraiser render any opinion as to the title, which is assumed to be good and marketable.  The property is appraised as though under responsible ownership and that there are no recorded or unrecorded matters or exceptions that would adversely affect marketability or value.

Insurance against financial loss resulting in claims that may arise out of defects in the subject property's title should be sought from a qualified title company that issues or insures title to real property.  The subject property analyzed herein assumes prudent and competent management and ownership.

2.    Any sketch in the report may show approximate dimensions and is included to assist the reader in visualizing the property.  The Appraiser has made no survey of the property.  All areas and dimensions furnished are presumed to be correct.  Except as specifically stated, data relative to size or area of the subject and comparable properties has been obtained from sources deemed accurate and reliable.

3.    The Appraiser has reviewed available flood maps and has noted in the appraisal report whether or not the subject property is located in a designated flood zone hazard area.  The Appraiser and/or Andolfo Appraisal Associates, Inc., is not qualified to detect such areas and, therefore, do not guarantee such determinations.  The presence of flood plain areas and/or wetlands may affect the value of the property.  The value conclusion is based on the assumption that wetlands are non-existent or minimal.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 2

### CONTINGENT AND LIMITING CONDITIONS (Con't)

4. If requested by the client, and as relating to restricted appraisals or appraisal reports, the Appraiser will provide post-appraisal services such as testimony for court, arbitration, mediation, or the like; however, any such activities would be subject to the Appraiser's fee schedule typically associated with such services and separate from the appraisal fee negotiated for this portion of the assignment engagement.

5. Any distribution of the valuation in the report between land and improvements applies only under the existing program of utilization. The separate valuations for land and building must not be used in conjunction with any other appraisal and are invalid if so used. Any value estimate provided in the report applies to the entire property, and any proration or division of title into factional interests will invalidate the value estimate, unless such proration or division of interests has been set forth in the report.

6. No consideration has been given to personal property as located on the premises. In addition, no consideration has been given to the cost of moving or relocating such personal property. The Appraiser has only considered the real property.

7. The date of value to which any of the conclusions and opinions expressed in this report apply as set forth in the Letter of Transmittal and Certification. Further, the dollar amount of any value opinion herein is based upon the purchasing power of the American Dollar on that date.

8. The Appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures which would render it more or less valuable. Unless otherwise noted in the report, it is assumed that the existing improvements on the property or properties being appraised are sound and conform to all applicable local, state, and federal codes and ordinances. The Appraiser anticipates no changes in said regulations or codes. The Appraiser assumes no responsibility for such conditions, or for engineering which might be required to discover such factors.

If questions in these areas are critical to the decision process of the client or reader of the report, then the advice of competent engineering consultants should be obtained and relied upon. If retained engineering consultants, i.e., structural, mechanical, electrical, civil, or archaeo-logical consultants, should report negative factors of a material nature after the appraisal report is submitted, such information could have a substantial negative impact on the conclusions reported in this appraisal. Accordingly, the Appraiser reserves the right to amend the appraisal conclusions reported herein.

9. Information, estimations, and opinions furnished to the Appraiser and contained in the report were obtained from sources considered reliable and believed to be true and correct. However, responsibility for such conditions, or for engineering or legal counsel such as for zoning matters which might be required to discover such factors, is not intended within the scope of this report.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 3

### CONTINGENT AND LIMITING CONDITIONS (Con't)

Unless otherwise specifically noted in the appraisal report, the Appraiser has no reason to believe that any of the data furnished contains any material error. Since material error could have a substantial impact on the conclusions reported, the Appraiser reserves the right to amend conclusions reported if made aware of any such error. Accordingly, the client-addressee should carefully review all assumptions, data, relevant calculations, and conclusions within thirty (30) days after the date of delivery of this report and should immediately notify the appraisal company of any questions or errors.

10. Disclosure of the contents of the appraisal report is governed by the Bylaws and Regulations of the professional appraisal organizations with which the Appraiser is affiliated. As such, the Appraiser will comply with the Jurisdictional Exception Rule of the Uniform Standards of Professional Appraisal Practice by disclosing factual data obtained from the client or the results of this assignment prepared for the client if authorized to do so by due process of law, or by a duly authorized professional peer review committee of the Appraisal Institute, of which Mr. Thomas S. Andolfo is a designated MAI, SRA, AI-GRS member.

11. Neither all nor any part of the contents of this report, or copy thereof, shall be used for any purpose by any other party(ies) but the client without the previous written consent of the Appraiser and/or the client; nor shall it be conveyed by any but the client to the public through advertising, public relations, news, sales or other media without the written consent and the approval by the author(s), particularly as to valuation conclusions, the identity of the Appraisers or the firm. The Appraiser is not responsible for any unauthorized use of this report.

Further, any party receiving a report copy from the client does not, as a consequence, become a party to the appraiser-client relationship. This report is intended only for the use as stated within the report and not intended for any other purpose. Any third party who may possess this report is advised that they should rely on their own independently secured advice for any decision in connection with this property.

12. On all appraisals, subject to satisfactory completion, repairs or alterations, the appraisal report and value conclusion are contingent upon completion of the improvements in a workmanlike manner. It is assumed that there is full compliance of all applicable federal, state, and local environmental regulations and laws unless non-compliance is stated, defined, and considered in the appraisal report.

13. Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the Appraiser. The Appraiser has no knowledge of the existence of such materials on or in the property. The Appraiser, however, is not qualified to detect such substances.

The presence of substances such as asbestos, radon gas, urea-formaldehyde foam insulation, lead-based paint, contaminated ground water, or other potentially hazardous materials may affect the value of the property. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. Please be advised that the

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 4

### CONTINGENT AND LIMITING CONDITIONS (Con't)

value estimated herein is predicated on the assumption that no such hazardous substances exist on or in the property or in such proximity thereto which would cause a loss in value.  The client is urged to retain an expert in this field, if desired.

14.   The Americans with Disabilities Act (ADA) became effective January 26, 1992.  I(we) have not made a specific survey or analysis of this property to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines.  Since compliance matches each owner's financial ability with the cost to cure the property's potential physical character- istics, the real estate appraiser cannot comment on compliance to ADA.  A brief summary of physical aspects is included in this report.  It in no way suggests ADA compliance by the current owner.  Given that compliance can change with each owner's financial ability to cure non-accessibility, the value of the subject does not consider possible non-compliance.  Specific study of both the owner's financial ability and the cost to cure any defici- encies would be needed for the Department of Justice to determine compliance.  However, please be advised that non-conformity to the various detailed requirements of the ADA could have a negative effect upon the value of the property.

15.   The estimate of market value which may be defined within this report is subject to change with market fluctuations over time.  The stated value estimate considers the productivity and relative attractiveness of the property, both physically and economically, in an open and competitive market as of the effective date of the appraisal.

Any cash flows included in the analysis are forecasts of estimated future operating characteristics that are predicated on the information and assumptions contained within the report.  Since real estate markets are imperfect, any projections of income, expenses, and economic conditions utilized in this report should not be construed as predictions of the future.  Rather, they are estimates of current market expectations of future income and expenses where their achievement will be affected by and be dependent upon future economic occurrences that cannot truly be assured.  Since actual results may vary from the projections/assumptions considered herein and may be affected by circumstances beyond current realm of knowledge or control, the Appraiser or Andolfo Appraisal Associates, Inc., does not warrant that these forecasts will occur.

16.   This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.  The conclusions stated in our appraisal apply only as of the effective date of the appraisal, and no representation is made as to the effect of subsequent events.

17.   Acceptance and/or use of this report constitutes full acceptance of the Contingent and Limiting Conditions and special assumptions set forth in this report.  It is the responsibility of the client, or client's designees, to read in full, comprehend, and thus become aware of the aforementioned contingencies and limiting conditions.  Neither the Appraiser nor Andolfo Appraisal Associates, Inc., assumes responsibility for any situation arising out of the client's failure to become familiar with and understand the same.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 5

## *DEFINITION OF MARKET VALUE*

Market value is, "the most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;

- Both parties are well informed or well advised, and acting in what they consider their best interests;

- A reasonable time is allowed for exposure in the open market;

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."[1]

## *PROPERTY RIGHTS APPRAISED*

The property rights appraised are those in fee simple.  Fee Simple Estate is defined as, "absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat."[2]

## *DEFINITION OF MARKET RENT*

Market Rent is defined as "the most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TI's)."[3]

---

[1] The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, 2015, Page 142. (12 C.F.R. Part 34.42(g); 55 *Federal Register* 34696, August 24, 1990, as amended at 57 *Federal Register* 12202, April 9, 1992; 59 *Federal Register* 29499, June 7, 1994)

[2] Ibid, Page 90.

[3] Ibid, Page 140.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 6

### EXTRAORDINARY ASSUMPTIONS / HYPOTHETICAL CONDITIONS

According to Section 2-1, Part C of the Uniform Standards of Professional Appraisal Practice (USPAP), the appraiser is required to disclose any extraordinary assumptions, hypothetical conditions, and/or limiting conditions that directly affect the opinion of market value.  This is a binding requirement.  For the client's information, the following definitions are noted:

Extraordinary Assumption is defined as, "An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions.  Comment:  Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."[4]

Hypothetical Condition is defined as, "1) A condition that is presumed to be true when it is known to be false (SVP); and 2) A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.  Comment:  Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."[5]

This appraisal was based on the extraordinary assumptions that the costs data provided by GZA GeoEnvironmental with respect to the repairs/maintenance of the existing dam and the costs data provided by DiPrete Engineering with respect to the possible residential development of Subject Lot 5 were within a reasonable degree of engineering certainty. Further, the appraiser's valuation scenarios where noted may have been based on the hypothetical condition that the pond had been drained or the dam did not exist. Given the extraordinary assumptions and/or hypothetical conditions taken, the appraiser reserves the right to amend this appraisal should contrary information be later provided by the client.

### PRIOR SERVICE / SUBJECT PROPERTY RELATIONSHIP

The appraiser does not have any current or prospective interest in the subject property or the parties involved.  Further, the undersigned has not performed any services regarding the subject property within the last three years, as an appraiser or in any other capacity thereto.

---

[4] The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, 2015, Pages 83-84 (USPAP 2016-2017 ed.)

[5] Ibid, Page 113.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-13    Filed 02/05/26    Page 24 of 71 PageID #: 2623

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 7

## SCOPE OF WORK

The format and scope of this report includes the collecting, confirming, analyzing, and reporting of pertinent market data utilizing traditional appraisal methodology; i.e., the Cost Approach, the Income Approach, and the Sales Comparison Approach. The depth and extent of the scope of this appraisal have been determined by the significance of the appraisal problem at hand.

The conclusions reached in this analysis were based upon my personal inspection of the subject property and the neighborhood area, in addition to my present knowledge with respect to economic growth data, competition and conditions prevalent in the subject's marketplace as of the effective date of the appraisal.

Additionally, in developing the approaches to market value opinion, the data utilized was collected from Andolfo Appraisal Associates, Inc., office files, other appraisers, Realtors, persons having knowledge of the type of property under appraisal, as well as municipal and state offices.

The subject property was inspected by the appraiser on October 26, 2023, in the accompaniment of Attorneys Angell and Eskey. A subsequent drive-by inspection of the subject property was conducted by the appraiser on April 2, 2024.

In developing this report, the appraiser reviewed documentation/data that was provided by the client, as well as documentation/data acquired by the appraiser since his engagement was formally entered into on June 28, 2023.

The valuation scenarios to be presented in this appraisal were conceptualized by the appraiser upon an independent highest and best use analysis as aided in part by estimated costs provided for the existing dam by GZA GeoEnvironmental and for the upland area of Subject Lot 5 by DiPrete Engineering. Sales data was gathered by the appraiser via his office files, prior appraisals, and other information resources such as the Statewide Multiple Listing Service, CoStar, and LoopNet.

## SALES HISTORY

The Quidnick Reservoir Company sold Johnson's Pond (Lots 999 and 5) to Soscia Holdings LLC on March 3, 2020, for $1,700,000 (Deed Book 2155, Pages 847 to 855). Reportedly, the purchase price was reflective of $1,400,000 for the Pond and land area below the dam, and $300,000 for water rights.

The subject property was listed for sale by Randall Realtors on April 9, 2019, at $1,650,800 and went under contract on April 24, 2019, for $1,650,000 but did not close until March 3, 2020 at $1,700,000 ($3,314 per acre for 513± acres). The MLS advertisement only listed Lot 5 for potential development and was "silent" on any mention of the Pond, the Pond land or water flowage rights that may be associated thereto. However, a $1,500,000 mortgage held by Quidnick Reservoir Company on behalf of Soscia Holdings LLC as dated March 2, 2020, did note the land and water rights commonly known as Johnson's Pond. The mailing address of Soscia Holdings LLC is 55 Arrow Head Trail, East Greenwich, Rhode Island 02818.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 8

## TAX AND ASSESSMENT DATA

Subject Lot 5 is assessed to the Town of Coventry. The Tax Assessor values this lot at $2,212,400 of which $82,400 is the assessment for the gatekeeper's home (identified as being a mobile home) and $2,130,000 assessed for the land which the Assessor notes as totaling 147 acres (albeit the Deed notes 100 acres and GIS Mapping notes an area of 92 acres). Subject Lot 999, Johnson's Pond, is also assessed to the Town of Coventry at $728,500. Please note that the Tax Assessor's field card notes that Lot 999 was acquired by the State of Rhode Island via condemnation action on January 2, 1960 (Deed Book 104, Page 699).

Coventry completed a full revaluation effective for December 31, 2022. The Town's current residential tax rate is $15.33 per $1,000 of assessed value and the Central Coventry Fire District tax rate is $1.458 per $1,000 of assessed value. At the residential tax rate, annual real estate taxes for the two lots as assessed at $2,858,500 would equate to $43,820.81 and annual fire district taxes would be $4,167.69, for a total annual tax load of $47,988.50.

## AREA ANALYSIS

The State of Rhode Island is part of the six state New England region of the Country, which includes Massachusetts, Connecticut, Maine, New Hampshire and Vermont. Rhode Island is the smallest state in the Country with only 1,045 square miles of land area. The State is divided into 39 municipalities ranging in size from 1.3 to 64.8 square miles and the municipalities are organized into five counties - Bristol, Newport, Providence, Washington, and Kent.

The Town of Coventry is located in Kent County, approximately 15 miles from Providence. The Town is bordered on the north by Foster, Scituate and Cranston, on the east by West Warwick, on the south by East Greenwich and West Greenwich, and on the west by the State of Connecticut. The Town contains approximately 64 square miles of land and water, making it one of the largest towns in the northeast.

Per a review of the Federal Financial Institutional Examinations Council (FFIEC) data as relating to the subject's Coventry Tract Code of 0207.03, such portrays an upper income tract whereby the 2023 median family income was $178,045 versus the $108,300 median family income noted for the Metropolitan Statistical Area (MSA) of Providence-Warwick-Fall River, Massachusetts. Also, per the FFIEC, approximately 82% of the housing stock in the subject's tract is owner-occupied, with the median age of housing noted at 45 years, i.e., predominantly post-1970.

The Rhode Island Statewide Multiple Listing Service (MLS) noted that the median sale price of a single-family home in Coventry, Kent County, and the State as of February 2024 was $360,000, $386,000, and $440,000, respectively. With respect to the median sale price of residential condominiums, MLS noted for year-ending 2023, respective prices of $430,000, $382,450, and $427,000.

The Flat River Reservoir (Johnson's Pond) and other mill ponds were created to power mills in the nineteenth century. Today, Johnson's Pond is an important recreational resource with fishing, swimming, and boating available

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 9


### AREA ANALYSIS (Con't)

and is rated as Class B waters via RIDEM criteria, meaning that fishable/swimmable conditions are met.  A boat ramp is located at the Zeke's Bridge Boat Launch, a one-acre parcel located at the north side of Harkney Hill Road at the Flat River Reservoir and managed by RIDEM for passive recreation. RIDEM stocks Johnson's Pond with fish for recreational fishing - trout, smelt, whitefish, yellow bass, pickerel and pan fish habitat found.

Johnson's Pond is located in Central Coventry, a blend of western and eastern Coventry but also a buffer thereto, sharing both rural and suburban attributes.  Water bodies and wetlands are prominent in certain sections of central Coventry, thus making the area very environmentally sensitive. Overall, water is a prime amenity within the Town, Johnson's Pond noted as the 8th largest body of water in Rhode Island.

Johnson's Pond is located within a Groundwater Protection Area, a Non-Community Wellhead Protection and a Rhode Island Natural Heritage Area which seeks to protect endangered plant and animal species found in the State.  The Pond is also located within Rhode Island's Freshwater Wetland Buffer River Protection Region 2, the rules thereof designed to strengthen the protection of freshwater resources from projects and activities proposed near wetlands.


### PROPERTY DESCRIPTION

The Quidnick Reservoir Company created Johnson's Pond over numerous acquisitions (about 115 parcels) predominantly from 1847 to 1896.  Johnson's Pond land and water rights are identified as Assessor's Plat 999, Lot 999. Per DiPrete Engineering Survey, the Johnson's Pond site area approximates 413 acres.  The Pond also includes Assessor's Plat 59, Lot 5 as located downstream from the Pond's earthen dam, containing 100± acres per deed (GIS mapping per DiPrete denotes an area of approximately 92 acres).

The Johnson's Pond Dam is classified by RIDEM as of overall fair condition but high hazard - meaning that failure or mis-operation would result in probable loss of human life as it is located upstream of populated residential and commercial areas.  Notably, a flood of the Pawtuxet River which is downstream from the dam has the potential to impact several communities and thousands of residents.

The RIDEM notes that the Consent Agreement executed with the Quidnick Reservoir Company in 1995, which was also included in its lease with the Town of Coventry, intended to balance the water levels within Johnson's Pond and the water releases from it, in order to ensure the protection of freshwater wetlands and recreational uses above and below the dam. Pond depth is stated at 36 feet in the spring/summer months to 20 feet in the fall/winter months. The subject property is predominantly zoned Residential R-20, with a portion of Subject Lot 5 zoned Industrial I-1.

Johnson's Pond, a/k/a the Flat River Reservoir, had been subject to a lease agreement between Quidnick Reservoir Company and the Town of Coventry since April 15, 1974, with subsequent extensions thereto, the prior lease having commenced on April 1, 2009, and expired on March 31, 2024, at rent of $50,000 per year.  The lease called for annual CPI adjustments and with

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-13    Filed 02/05/26    Page 27 of 71 PageID
#: 2626

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 10

### PROPERTY DESCRIPTION (Con't)

the Town abating all real estate and fire district taxes relating to both Lots 5 and 999, as well as the Town performing dam maintenance and minor repairs. The lease noted that if major repairs were needed, such improvements and any associated share of costs thereof "shall be mutually agreed upon."

However, shortly after purchase of Subject Lot 5 and the "water flowage rights" associated with Subject Lot 999 in 2020, Soscia Holdings LLC was accused by residents living around Johnson's Pond and the RIDEM of not maintaining reasonable water pond levels consistent with its historic use, essentially attempting to drain the pond. In response, the RIDEM, as represented by the Rhode Island Attorney General, issued a compliance/cease-and-desist order to Soscia Holdings and the Rhode Island State Legislature passed legislation that required all dam owners in the State to secure clearance from the RIDEM before raising or lowering water levels. In March 2024, a federal judge's ruling rejected a challenge by Soscia Holdings to that legislation.

Just prior to the federal ruling, on January 4, 2024, Soscia Holdings LLC advised the Town of Coventry that it would not renew or extend its lease with the Town beyond March 31, 2024, and demanded that the Pond be cleared of "any and all moorings, docks, boat lifts, boats, personal watercraft, and other apparatus or structures" related to those lease rights. Prior to its January 4, 2024, letter, Soscia Holdings had demanded that the Town pay an annual rent of $1,400,000 with 3.5% annual escalations on April 1, 2024, or Soscia would seek legal remedies if a new lease agreement did not commence.

GZA GeoEnvironmental performed a visual inspection/evaluation of the Flat River Reservoir Dam on June 14, 2023. The dam is located on the south branch of the Pawtuxet River approximately one-quarter of a mile east of the intersection of Flat River Road and Brenda Drive, near the rear of the Town Hall. The dam separates Lot 999 from Lot 5 and is accessed off of Reservoir Road (house #109) via a gravel road. The dam is composed of two earth embankments having a length of 1,200 feet. At the north end of the dam is the gatekeeper's residence. The crest of the dam is approximately 15 feet wide.

GZA estimated a cost of $445,000 for recommended operation, maintenance and repair items, as well as an estimated cost of $3,585,000 for major dam improvements. Additionally, GZA recommended that $50,000 annually be allocated for replacement reserves for future services related to the implementation of recurring dam repairs and improvements.

At the appraiser's request, DiPrete Engineering provided two conceptual plans of residential subdivision on Subject Lot 5's 21.03 acres of upland area. The first plan denoted thirty-two (32) single-family house lots averaging about 0.60 acres or 26,136± square feet, while the second plan denoted a residential condominium development of 66 units or 33 duplexes.

A zone change would be required for both concepts of development, as well as attainment of two ingress/egress easements - a 1,052-linear-foot easement along a right-of-way to Flat River Road near the Coventry Town Hall (Plat 59, Lot 0) and an extension over Industrial Drive where the Boston Scientific Company is located (Plat 51, Lot 4). The locations of the two easements place them at the northern edge of Subject Lot 5 bordering the Trestle Trail/Washington Secondary Bike Path (former railroad track).

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product – Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 11

### PROPERTY DESCRIPTION *(Con't)*

Per DiPrete, the Town and State permitting process could take about one (1) year for both residential development concepts, if hypothetically attainable. Public water and sewer connections would also be required. For both concepts, DiPrete estimated a site development cost of $3,362,209 or approximately $105,000 per house lot and approximately $40,943 per unit for the condominium concept. DiPrete's residential concepts note that Subject Lot 5 is partially located within FEMA zones AE and X, the AE zone denoting a special flood hazard area that is inundated by 100-year flooding.

### HIGHEST AND BEST USE

Real estate is valued in terms of its highest and best use, i.e., the reasonably probable use of property that results in the highest value. To be reasonably probable, the use must be physically possible; the use must be legally permissible; and the use must be financially feasible. Uses that meet the three criteria of reasonably probable uses are then tested for economic productivity, and the reasonably probable use that will result in the most profitable or highest value, i.e., the property's highest and best use.

The following development scenarios were conceptualized and analyzed by the appraiser:

*Scenario #1) Solar Power*: Mr. Douglas Soscia of Soscia Holdings LLC had stated that an energy company had offered to pay at least $1.9 million per year to install a floating solar array on the pond. While floating solar farms have been one of the latest innovations in the renewable energy sector and are becoming increasingly common in the United States, this appraiser views this use as **hypothetical and improbable**.

Notably, a Major Solar Installation would require the issuance of a special use permit from the Coventry Zoning Board of Review pursuant to Article IV of the Zoning Ordinance and major land development approval from the Coventry Planning Commission pursuant to Article V of the Coventry Subdivision and Land Development Regulations. Further, such a use would need to comply with the Town's Comprehensive Plan.

The appraiser further concluded that such solar use, whether floating or ground mounted (under the **hypothetical condition** that the pond was drained), would have significant and negative impacts to the environment and adjacent residential property values. Such would be contrary to the comprehensive plan regarding intensifying use where present open space/recreational land already exists, even with the 15% maximum lot coverage ratio for solar arrays as stated in Coventry's Zoning Ordinance.

The appraiser's research revealed that floating solar arrays in comparison to ground mounted arrays are approximately 20% to 30% more costly to install and require more specialized maintenance personnel and equipment, including the need for battery storage and/or generators in case of outages, let alone service barges or boats to transport personnel and equipment on and over the waters.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 12

### HIGHEST AND BEST USE (Con't)

Also, the appraiser noted a 2020 study conducted by the University of Rhode Island on the impact of utility scale solar power installations on nearby housing prices which found that single-family home prices within a one-tenth mile of such installations declined by 7%, with home values one mile away declining by 1.7%. Thus, with 600+ homes located within the geographic confines of the Johnson's Pond Civic Association membership and statewide taxpayer sentiment attempting to dissuade solar arrays from open spaces and residential zones, a ground mounted farm was also deemed as **hypothetical and improbable**.

**Scenario #2) Hydro Power**:  The Flat River Reservoir (Johnson's Pond) was originally created to power mills down stream in the 19th and 20th centuries **(the subject's stated deeded flowage rights)**. As of 2024, the appraiser could not find any evidence that hydro power in Rhode Island was still required as an industrial power source within the South Branch of the Pawtuxet River.  As of September 2022, there existed six hydro electric facilities in Rhode Island, their combined power accounting for only 0.19% of electrical energy generated in the State.  Notably, natural gas was the highest power source at 83.8%, followed by solar at 11%, wind at 2.6%, and then biomass at 2.5%.

Given the above, the subject's use for hydro power is not viewed as economically meaningful in light of the maintenance/repair costs associated with the dam as per the GZA report, as coupled with the fact that given the variable water flows of the local hydrology, electric production can prove to be unreliable.  Thus, hydro power use as contributing to the subject's highest and best use was also concluded as **hypothetical and improbable**.

**Scenario #3) Open Space Use**:  The subject property is composed of two platted parcels consisting of approximately 513± acres - Lot 999 (Johnson's Pond) composed of 413± acres and Lot 5 of 100± acres. For this portion of the highest and best use analysis, the appraiser **hypothetically equated** the overall subject property as **dry land, i.e., void of the existing dam** that would be suitable for open space/passive recreation type land usage or as land typically acquired by conservation entities as the RIDEM, The Nature Conservancy, the Audubon Society, and/or local Land Trusts.  The appraiser notes that the Audubon Society of Rhode Island owns 11+ acres abutting the rear of Subject Lot 5 (Plat 51, Lots 6 and 7), as well as other acreage in the general vicinity of Johnson's Pond and in Central Coventry.

The following land sales were analyzed and adjusted for:

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 13

### HIGHEST AND BEST USE (Con't)

*Land Sale #1*:
Address: Moroney and Jackson Schoolhouse Roads,
　　　　Burrillville and Glocester, Rhode Island
Plat / Lot: 244 / 2 & 8 (Burrillville) and 7 / 32B
　　　　(Glocester)
Site Area: 235.30 acres
Zone: F-5
Grantor: The Helen F. Moroney Real Estate Trust -
　　　　2008
Grantee: The RIDEM
Book / Page: 178 / 312
Sale Date: January 7, 2021
Sale Price: $2,030,000
Sale Price Per Acre: $8,627 unadjusted
Comment: Former Echo Lake Campground (circa 1952)
that was purchased by the State to preserve open
space and passive recreation. Site is waterfront
to Echo Lake for approximately 3,000 linear feet
and is provided two beaches, boat landing and
docks. The campground was shuttered in 2020. In
comparing this property to the subject, a downward
adjustment for site size of 30% was warranted based
on the economies of scale (law of diminishing
returns) principle. Adjustments for time of sale
and/or location could not be documented given the
property type. Therefore, the indicated value of
the subject's 513 acres was indicated at $6,040 per
acre.



*Land Sale #2*:
Address: 71 Colwell Road, Smithfield, Rhode Island
Plat / Lot: 47 / 46
Site Area: 114 acres
Zone: R-80
Grantor: Greater Providence YMCA
Grantee: Town of Smithfield
Book / Page: 1310 / 36
Sale Date: October 27, 2020
Sale Price: $1,175,000
Sale Price Per Acre: $10,307 unadjusted
Comment: Former Camp Shepard Girl Scout Camp (circa
1885) as bordering the Sprague Upper Reservoir.
Site purchased by the Town for open space/passive
recreation use. In comparing this property to the
subject, a downward adjustment for site size of 40%
was warranted based on the economies of scale (law
of diminishing returns) principle. Adjustments for
time of sale and/or location could not be docu-
mented given the property type. Therefore, the
indicated value of the subject's 513 acres was
indicated at $6,184 per acre.



Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product – Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 14

### *HIGHEST AND BEST USE* (Con't)

*Land Sale #3*:
Address:   N/S Gilbert Stuart Road, North Kingstown,
           Rhode Island
Plat/Lot: 36 / 1
Site Area: 63.90 acres
Zone: RR
Grantor: Benjamin T. Aceto, Jr., Trustee
Grantee: The RIDEM
Book / Page: 3435 / 76
Sale Date: August 2, 2021
Sale Price: $820,000
Sale Price Per Acre: $12,833
Comment: Site acquired and assembled with adjacent
acreage of the Nokewa Management Area as bordering
the Mattuxet River and Carr Pond for open space/
passive recreation use. In comparing this property
to the subject, a downward adjustment for site size
of 50% was warranted based on the economies of
scale (law of diminishing returns) principle.
Adjustments for time of sale and/or location could
not be documented given the property type.  There-
fore, the indicated value of the subject's 513
acres was indicated at $6,417 per acre.



*Land Sale #4*:
Address: Bramble Brush, Ledge, and Flat River
         Roads, Coventry, Rhode Island
Plat / Lot:  317 / 66 and 67; 323 / 250.1
Site Area: 91.10 acres
Zone: R-3A
Grantor: Heritage Homes, Inc.
Grantee: Town of Coventry (Coventry Land Trust)
Book / Page: 2167 / 786
Sale Date: June 30, 2020
Sale Price: $794,000
Sale Price Per Acre: $8,716
Comment: Land area acquired for the Janice L.
Sullivan Conservation Area for open space/passive
recreation use.  In comparing this property to the
subject, a downward adjustment for site size of 50%
was warranted based on the economies of scale (law
of diminishing returns) principle.  Adjustments for
time of sale and/or location could not be docu-
mented given the property type.  Therefore, the
indicated value of the subject's 513 acres was
indicated at $4,358 per acre.



*Value Conclusion*: As the four sales were so adjusted and with equal
weight placed on each, the mean or average value indicated for the subject was
$5,750 per acre, while the median adjusted value indicated was $6,112 per
acre.  Based on these indices, the appraiser concluded the subject's "as is"
fee simple market value as hypothetically conditioned as land area void of the
existing dam, again improbable given RIDEM and other environmental
regulations, at $6,000 per acre.  Therefore, 513 acres x $6,000 per acre =
$3,078,000 or $3,100,000 rounded.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product – Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 15

### *HIGHEST AND BEST USE (Con't)*

**Scenario #4) Open Space Use "As Is" with Associated Upland Residential House Lots**: This analysis accounted for Subject Lot 5's upland area of 21± acres that could **hypothetically** support single-family residential development. As has been noted, DiPrete Engineering provided conceptual plans of development for either 32 single-family house lots or 66 residential condominiums. In analyzing land sales, the site development costs associated with each concept, and other considerations, the appraiser concluded that condominium development would hypothetically render the higher net return to the property owner.

In valuing the subject based on the 32-lot concept, the appraiser could not locate truly pertinent land sales within the Rhode Island real estate market, the appraiser observing that developers have favored multi-unit condominium development **(upon receipt of zoning approvals)** over conventional single-family subdivisions since overall development costs are typically lower as costs can be pro-rated or shared by a greater number of units. Further, accounting for the subject's location with respect to its possible means of ingress/egress via easements over non-residential roadways, Subject Lot 5's upland area would be more public receptive to a condominium build-out versus a conventional subdivision when accounting for the demographics of the most probable pool of buyers.

The following subdivision sales were noted but not adjusted for:

*Land Sale #5*:
Address: 244 Tiogue Avenue, Coventry, Rhode Island
Plat / Lot: 23 / 47 & 47.1; 32 / 152
Site Area: 27 acres
# of House Lots: 33
Zone: R-20
Grantor: Richard W. Boeglin, Carleen A. Carlson, and Herman J. Boeglin
Grantee: D 2 Homes, Inc.
Book / Page: 2215 / 92
Sale Date: June 18, 2021
Sale Price: $860,000
Sale Price Per Acre: $31,852
Sale Price Per Lot: $26,061
Comment: The Oaks at East Shore having access to Lake Tiogue.



Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 16

### HIGHEST AND BEST USE (Con't)

---

*Land Sale #6:*
Address: Hope Furnace Road, Coventry, Rhode Island
Plat / Lot: 89 / 3; 97 / 6
Site Area: 84.55 acres
# of House Lots: 32
Zone: RR-2
Grantor: Hopkins Hill Investment, LLC
Grantee: D 2 Homes, Inc.
Book / Page: 2236 / 5
Sale Date: December 16, 2021
Sale Price: $640,000
Sale Price Per Acre: $7,569
Sale Price Per Lot: $20,000
Comment: The Oaks at Hope Furnace



---

*Land Sale #7:*
Address: New London Turnpike and Crompton Road,
         Coventry/East Greenwich, Rhode Island
Plat / Lot: Coventry - 7 / 25; 8 / 2, 3, & 9;
         16 / 133 & East Greenwich - 77/13/32
Site Area: 52.74 acres
Zone: Coventry - R20; East Greenwich - F2 with
      Historic District Overlay
Grantor: PIT Realty, LLC
Grantee: Alpha Holdings, LLC; Anthony J. & Monica
         A. Paolino; and Ocean Street, LLC
Book / Page: 2296/270 (Coventry) & 1665 / 98 (East
             Greenwich)
Sale Date: March 13, 2024
Sale Price: $1,300,000
Sale Price Per Acre: $24,298
Comment: Site sold via Foreclosure.  Was listed for
sale on November 1, 2023, at $3,950,000 and then
underwent subsequent reductions - $2,375,000 on
December 2, 2023, and $1,950,000 on January 9,
2024.  Advertised for sale by Kyle Seyboth/Century
21 The Seyboth Team offering "limitless potential
for savvy investors and developers...property
provides a substantial canvas for your vision...
diverse zoning options...ideal for a condominium
development."



---

        The DiPrete Single-Family Concept Plan and its associated Costs of
Development now follow:

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO  APPRAISAL  ASSOCIATES,  INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 17

### HIGHEST AND BEST USE (Con't)



Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO  APPRAISAL  ASSOCIATES,  INC.

Attorney-Client Work Product – Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 18

## HIGHEST  AND  BEST  USE  (Con't)

**RIDOT Cost Estimate**
1600 Flat River Road - ONSITE
Coventry, Rhode Island
DiPrete Engineering
March 2024

| Item Code | ITEM | TOTAL UNIT | CONST UNIT | TOTAL AMOUNT |
|---|---|---|---|---|
| 211.0100 | Construction Access Standard 9.9.0 | 167 SY | $18.76 | $3,126.67 |
| 206.0220 | Silt Fence Standard 9.2.0 | 5,580 LF | $6.00 | $33,480.00 |
| 201.0321 | Clearing and Grubbing | 5,998 SY | $22.27 | $133,575.46 |
| L02.0101 | General Highway Seeding (Type 1) | 5,998 SY | $3.00 | $17,994.00 |
| L01.0104 | Plantable Soil 4 Inches Deep | 5,998 SY | $6.00 | $35,988.00 |
| 932.0220 | Full Depth Sawcut of Bituminous Sidewalk/Driveway | 0 LF | $1.66 | $0.00 |
| 201.0407 | Remove and Dispose Pavement and Rigid Base | 0 SY | $25.00 | $0.00 |
| 401.1000 | Class 19.0 HMA | 643 TON | $109.50 | $70,408.50 |
| 401.2000 | Class 12.5 HMA | 643 TON | $98.00 | $63,014.00 |
| 401.3000 | Class 9.5 HMA | 1 TON | $100.00 | $100.00 |
| 401.4000 | Class 4.75 HMA | 1 TON | $119.25 | $119.25 |
| 302.0100 | Gravel Borrow Subbase Course | 1,314 CY | $29.89 | $39,275.46 |
| 905.0140 | Bituminous Sidewalk Sandard 43.2.0 | 0 TON | $292.76 | $0.00 |
| 601.0200 | Class XX Portland Cement Concrete | 192 CY | $188.00 | $36,096.00 |
| 202.0800 | Gravel Borrow | 383 CY | $9.43 | $3,611.69 |
| 201.0402 | Remove and Dispose Concrete Curb | 0 LF | $8.89 | $0.00 |
| 201.0401 | Remove and Dispose Granite Curb | 0 LF | $11.12 | $0.00 |
| 906.0110 | Granite Curb, Quarry Split, Straight, Standard 7.3.0 | 0 LF | $36.15 | $0.00 |
| 906.0111 | Granite Curb, Quarry Split, Circular, Standard 7.3.0 | 0 LF | $45.90 | $0.00 |
| 906.0210 | Cement Concrete Curb Precast Straight Standard 7.1.0 | 3394 LF | $41.90 | $142,208.60 |
| 906.0211 | Cement Concrete Curb Precast Circular Standard 7.1.0 | 1346 LF | $75.00 | $100,950.00 |
| 701.5206 | 6 INCH DUCTILE IRON WATER PIPE CLASS 52, RESTRAINED JOINT | 2254 LF | $200.00 | $450,800.00 |
| 712.0100 | WATER GATE BOX | 4 EA | $500.00 | $2,000.00 |
| 701.8150 | TYPE K COPPER SERVICE PIPE | 1650 LF | $50.00 | $82,500.00 |
| 701.8151 | CURB STOP BOX | 33 LF | $50.00 | $1,650.00 |
| 701.8160 | BLOW OFF ASSEMBLY | 2 EA | $2,200.00 | $4,400.00 |
| 701.6008 | 8 INCH DUCTILE IRON SEWER SAFE PIPE CLASS 52 | 2254 LF | $102.18 | $230,313.72 |
| 702.0400 | SANITARY SEWER MANHOLE | 10 EA | $5,500.00 | $55,000.00 |
| T06.5140 | 4 INCH SCHEDULE 40 POLYVINYL CHLORIDE PLASTIC CONDUIT - UNDERGROUND | 1650 LF | $25.00 | $41,250.00 |
| Misc | Legal and Engineering Consultant Permitting | 33 Ea | $10,000.00 | $330,000.00 |

| | |
|---|---|
| Subtotal | $1,877,861.35 |
| 10% E&C | $187,786.13 |
| Total | $2,065,647.48 |

**Note**
1  All unit costs from RIDOT Weighted Unit Prices - 2021 & 2022 WAUP Awarded
2  Cost Estimate doesn't include proposed utility connections and associate work

Add OFFSITE Bond Estimate ........................... $1,296,561.17
Total ONSITE + OFFSITE Bond Estimates ........... $3,362,208.65

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-13    Filed 02/05/26    Page 36 of 71 PageID #: 2635

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 19

### HIGHEST AND BEST USE (Con't)

**RIDOT Cost Estimate**
**1600 Flat River Road - OFFSITE**
Coventry, Rhode Island
DiPrete Engineering
March 2024

| Item Code | ITEM | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 211.0100 | Construction Access Standard 9.9.0 | | SY | $18.76 | $0.00 |
| 206.0220 | Silt Fence Standard 9.2.0 | 3,935 | LF | $6.00 | $23,610.00 |
| 201.0321 | Clearing and Grubbing | 4,091 | SY | $22.27 | $91,106.57 |
| L02.0101 | General Highway Seeding (Type I) | 4,091 | SY | $3.00 | $12,273.00 |
| L01.0104 | Plantable Soil 4 Inches Deep | 4,091 | SY | $6.00 | $24,546.00 |
| 932.0220 | Full Depth Sawcut of Bituminous Sidewalk/Driveway | 635 | LF | $1.66 | $1,054.10 |
| 201.0407 | Remove and Dispose Pavement and Rigid Base | 2,816 | SY | $25.00 | $70,400.00 |
| 401.1000 | Class 19.0 HMA | 530 | TON | $109.50 | $58,035.00 |
| 401.2000 | Class 12.5 HMA | 530 | TON | $98.00 | $51,940.00 |
| 401.3000 | Class 9.5 HMA | 1 | TON | $100.00 | $100.00 |
| 401.4000 | Class 4.75 HMA | 1 | TON | $119.25 | $119.25 |
| 302.0100 | Gravel Borrow Subbase Course | 1,081 | CY | $29.89 | $32,311.09 |
| 905.0140 | Bituminous Sidewalk Standard 43.2.0 | 0 | TON | $292.76 | $0.00 |
| 601.0200 | Class XX Portland Cement Concrete | 146 | CY | $188.00 | $27,448.00 |
| 202.0800 | Gravel Borrow | 292 | CY | $9.43 | $2,753.56 |
| 201.0402 | Remove and Dispose Concrete Curb | 0 | LF | $8.89 | $0.00 |
| 201.0401 | Remove and Dispose Granite Curb | 0 | LF | $11.12 | $0.00 |
| 906.0110 | Granite Curb, Quarry Split, Straight, Standard 7.3.0 | 0 | LF | $36.15 | $0.00 |
| 906.0111 | Granite Curb, Quarry Split, Circular, Standard 7.3.0 | 0 | LF | $45.90 | $0.00 |
| 906.0210 | Cement Concrete Curb Precast Straight Standard 7.1.0 | 3237 | LF | $41.90 | $135,630.30 |
| 906.0211 | Cement Concrete Curb Precast Circular Standard 7.1.0 | 255 | LF | $75.00 | $19,125.00 |
| 701.5206 | 6 INCH DUCTILE IRON WATER PIPE CLASS 52, RESTRAINED JOINT | 1945 | LF | $200.00 | $389,000.00 |
| 712.0100 | WATER GATE BOX | 4 | EA | $500.00 | $2,000.00 |
| 701.6008 | 8 INCH DUCTILE IRON SEWER SAFE PIPE CLASS 52 | 1945 | LF | $102.18 | $198,740.10 |
| 702.0400 | SANITARY SEWER MANHOLE | 7 | EA | $5,500.00 | $38,500.00 |

| | |
|---|---|
| Subtotal | $1,178,691.97 |
| 10% F&C | $117,869.20 |
| Total | $1,296,561.17 |

**Notes**

1. All unit costs from RIDOT Weighted Unit Prices - 2021 & 2022 WAUP Awarded
2. Cost Estimate doesn't include proposed utility connections and associate work

### Scenario #5) Open Space Use "As Is" with Associated Upland Residential Condominium Units: This analysis accounted for Subject Lot 5's upland area of 21± acres that could hypothetically support 66 condominium units as conceptualized by DiPrete Engineering.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 20

### HIGHEST AND BEST USE (Con't)



Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 21

## *HIGHEST AND BEST USE* (Con't)

The following land sales were analyzed and adjusted for by the appraiser:



*Land Sale #8*:
Address: 155 Reservoir Road, Coventry, Rhode Island
Plat / Lot: 50 / 11 & 23
Site Area: 42.50 acres
Zone: R-20
# of Units: 62
Grantor: John Kosela
Grantee: 17 Tallwoods, LLC
Book / Page: 2277 / 76
Sale Date: May 26, 2023
Sale Price: $4,850,000
Sale Price Per Acre: $114,118
Sale Price Per House Lot: $78,226
Comment: The Residences at Sunset Lake on Johnson's Pond.



*Land Sale #9*:
Address: 4 Wescott Way and 190 Crompton Road,
         Coventry/East Greenwich, Rhode Island
Plat / Lot: 8 / 11 / 1; 77 / 13 / 25
Site Area: 23.02 acres
Zone: R-20 / F-2
# Units: 80
Grantor: Crompton CRF, LLC
Grantee: Apponaug Properties, Inc.
Book / Page: 2190 / 651; 1526 / 294
Sale Date: December 31, 2020
Sale Price: $5,000,000
Sale Price Per Acre: $217,221
Sale Price Per Unit: $62,500
Comment: Site developed as the Residences at Crompton Meadows on the Coventry/East Greenwich town lines in close proximity to the Center of New England and Interstate Route 95.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO  APPRAISAL  ASSOCIATES,  INC.

Attorney-Client Work Product – Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 22

## HIGHEST AND BEST USE (Con't)

*Land Sale #10*:
Address: Major Potter Road, Warwick, Rhode Island
Plat / Lot: 228 / 97 & 98
Site Area: 20.65 acres
Zone: A-40/PDR
# of Units: 48
Grantor: M & M Land Company, LLC
Grantee: Stonebridge Crossing Development, LLC
Book / Page: 9365 / 51
Sale Date: October 2, 2019
Sale Price: $2,650,000
Sale Price Per Acre: $128,329
Sale Price Per Unit: $55,208
Comment: Stonebridge Crossing Condominiums
consisting of 24 two-unit buildings.  Of the total
acreage, 11 acres remained as wetland/open space
areas.



*Land Sale #11*:
Address: Meadowbrook Drive, Cumberland, Rhode
         Island
Plat / Lot: 35 / 188
Site Area: 16.98 acres
Zone: R-3
# of Units: 115
Grantor: Atlantic NE Property Management, LLC
Grantee: Hunting Hill, LLC
Book / Page: 1805 / 494
Sale Date: June 25, 2019
Sale Price: $5,000,000
Sale Price Per Acre: $294,464
Sale Price Per Unit: $43,478
Comment: The Preserve at Hunting Hill as located
off of Mendon Road (RI Route 122) in close
proximity to Interstate Route 295 and Albion Road,
Lincoln.



The appraiser's adjustment grid now follows:

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 23

### HIGHEST AND BEST USE (Con't)

| ITEM | Subject | Sale #8 | Adj. | Sale #9 | Adj. | Sale #10 | Adj. | Sale #11 | Adj. |
|---|---|---|---|---|---|---|---|---|---|
| **TRANSACTIONAL ADJUSTMENTS** | | | | | | | | | |
| Sale Price | N/A | $4,850,000 | | $5,000,000 | | $2,650,000 | | $5,000,000 | |
| Sale Price P/AC | N/A | $114,118 | | $217,202 | | $128,329 | | $294,464 | |
| Sale Price P/Unit | N/A | $78,226 | | $62,500 | | $55,208 | | $43,478 | |
| Property Rights | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | |
| Financing | Conventional | Conventional | | Conventional | | Conventional | | Conventional | |
| Conditions of Sale | Arm's Length | Arm's Length | | Arm's Length | | Arm's Length | | Arm's Length | |
| Expenditures Made Immediately After Purchase | N/A | N/A | | N/A | | N/A | | N/A | |
| Time of Sale | 04/02/24 | 05/26/23 | 4.16% | 12/31/20 | 16.25% | 10/02/19 | 17.50% | 06/25/19 | 23.75% |
| Adjusted Sale Price P/SF | N/A | $118,865 | | $252,498 | | $150,787 | | $364,399 | |
| Adjusted Sale Price P/Unit | N/A | $81,480 | | $72,656 | | $64,870 | | $53,804 | |
| **PROPERTY ADJUSTMENTS** | | | | | | | | | |
| Location | Good | Similar | | Similar | | Similar | | Similar | |
| Site Area (AC) | 21.00 | 42.50 | -10.00% | 23.02 | | 20.65 | | 16.98 | |
| Number of Units | 66 | 62 | | 80 | | 48 | | 115 | 25.00% |
| Utilities | All Public (Assumed) | Similar | | Similar | | Similar | | Similar | |
| Zoning | R-20/I-1 | R-20 | | R-20/F2 | | A-40/PDR | | R-3 | |
| Ingress/Egress | Fair | Superior | -25.00% | Superior | -25.00% | Superior | -25.00% | Superior | -25.00% |
| | | | | | | | | | |
| Overall Net Adjustment | N/A | -35.00% | | -25.00% | | -25.00% | | 0.00% | |
| | | | | | | | | | |
| Indicated Value of Subject P/AC | $170,000 | $77,262 | | $189,373 | | $113,090 | | $364,399 | |
| Indicated Value of Subject P/Unit | $53,000 | $52,962 | | $54,492 | | $48,652 | | $53,804 | |

### Explanation of Adjustments

Transactional Adjustments - The appraiser adjusted each sale upward for their respective times of sale based on a 5% per annum rate, said rate having been observed by the appraiser in the Rhode Island market for large acreage land sales since 2019. No other transactional adjustments were required since as would be envisioned for the subject, the four sales represented arm's length and conventionally financed conveyances of fee simple property rights.

Property Adjustments - The appraiser made downward adjustments of 25% to each sale for their superior means of ingress and egress, the subject confronted with the fact that such points must be attained via easements over a bike path and along secondary roadways, one improved with heavy commercial use by the Town of Coventry Public Works at 1668 Flat River Road and the other having industrial usage, i.e., Boston Scientific at 8 Industrial Road. The magnitude of the adjustment was based upon a matching of the sales, i.e., Sale #11 to Sales #8, #9, and #10. In addition, Sale #8 was adjusted downward by 10% for its greater site area, and Sale #11 was adjusted upward by 25.00% for the greater number of condominium units constructed. For Sale #11, the adjustment was based on the economies of scale principle (law of diminishing returns) which generally states that larger sized sales will typically transact at lower per unit or per square foot costs than smaller sized properties and vice versa, and for Sale #8 the adjustment was based on the appraiser's observations that additional land area for open space purposes generally tends to increase the value of project units.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 24

### HIGHEST AND BEST USE (Con't)

As adjusted based on the per unit means of comparison, the mean or average adjusted value indicated for the subject was $52,478 per unit, while the median adjusted value was indicated at $53,383 per unit. Based on these two indices, the appraiser concluded the subject's hypothetical condominium value at $53,000 per unit or $3,500,000.

Taken as a whole, with the open space land hypothetically valued at $2,952,000 (492 acres @ $6,000 per) and the hypothetical 21 acres of condo land at $3,500,000, the sum of these two parts equated to $6,452,000.

### HIGHEST AND BEST USE CONCLUSION

While five scenarios of possible use and development were conceptualized by the appraiser, all were contingent upon extraordinary assumptions and/or hypothetical conditions. Further, of the five scenarios, the appraiser deemed a floating solar farm (Scenario #1), hydro/water flow power (Scenario #2), and the draining of Johnson's Pond (Scenario #3) as overall improbable. Further, the appraiser concluded that a 32-lot single-family subdivision created on the 21± acres of Subject Lot 5's upland area (Scenario #4) to be inferior in maximizing value potential when compared to Scenario #5 as a development of 66 residential condominium units.

Again, even if Scenario #5 could achieve all necessary approvals, the issue with the dam's "high hazard" rating would still exist. Clearly, without assurances that the dam had a low probability of structural, mechanical, and hydraulic failures and was able to have planned seasonal and/or emergency releases in response to extreme water flows, condominium buyer resistence would be great, essentially rendering such contemplative development as infeasible before it even began with the project's permitting process.

Thus, the appraiser in this instance would account for a deduction for the needed dam repairs/improvements as outlined in the GZA report, the appraiser again reasoning that any residential use would require that prospective residents had the assurance that the dam was safe and that site elevation and its adjacency to a FEMA designated flood hazard area would place homes outside of the subject's dam breach inundation zone.

Therefore, $6,452,000 - $3,585,000 (GZA Recommended Dam Repairs/ Improvements) = $2,867,000 "As Is" Fee Simple Market Value as Extraordinarily Assumed and Hypothetically Conditioned Herein. Please note that this value aligned closely to the subject's overall and present assessed value of $2,858,500. Further, said value of $2,867,000 is approximately 40% higher than the subject's 2020 purchase price of $1,700,000.

### MOST PROBABLE BUYER

The most probable buyer for properties such as the subject property are entities like the RIDEM, The Nature Conservancy, the Audubon Society, local Land Trusts, and the municipality or municipalities in which the property is located. Thus, the question arises as to why a local real estate investor would want to purchase such a property having the inherent risks of

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 25

### *MOST PROBABLE BUYER* (Con't)

significant dam repairs, possible liabilities due to dam failure, and the likely improbability of attaining all necessary Town and/or State approvals to at least develop its upland areas?

Based on the documentation reviewed, the appraiser can only assume that the motivation of Soscia Holdings' purchase was to hold "hostage" the Town and residents of the Johnson's Pond Civic Association by stating that a new lease could commence at a rent of $1,400,000 per year versus the prior $50,000 amount, with the Town still absolving Soscia Holdings from the payment of property/fire district taxes and maintaining the sharing of the dam's maintenance/repair costs.

### *RECONCILIATION*

What steps can the Town take to resolve the issue at hand?

1) Take by eminent domain Subject Lots 5 and 999 for $2,867,000 (as extraordinarily assumed and hypothetically conditioned herein) and assume all dam maintenance/repair costs, including the legal liability in the case of dam failure. Within that context the Town in conjunction with Johnson's Pond residents (Johnson's Pond Civic Association) could form a Pond Management District that would apportion among and collect from residents an annual tax (assessment) to pay for costs associated with maintaining and repairing the pond and dam. A Management District would be similar to such mechanisms created after the catastrophic Boone Lake, Exeter, Rhode Island, dam failure in 2007 and the Pascoag Reservoir Dam Management District that was created in Burrillville and Glocester, Rhode Island, in 2009 to "prevent threats to the general public welfare, public safety and public and private property caused by the failure or breach of the Pascoag Dam." For the latter example, the RIDEM's acquisition of the Pascoag Reservoir relied on positions of adverse possession and prescriptive easements (See Pascoag Reservoir & Dam, LLC v. Rhode Island , July 28, 2003); or

2) Pay a market rent based on the $2,867,000 opined value (as extra-ordinarily assumed and hypothetically conditioned herein). Upon the appraiser's survey of national investor surveys, such as by PricewaterhouseCoopers (PwC) for First Quarter 2024, the National Net Lease Market as tracked by PwC portrayed a Return on Investment (ROI) or Internal Rate of Return (IRR) range of 6.00% to 11.00%, with the average rate noted at 7.92%. This investor survey also noted the six-year composite and average IRR of all its surveyed markets excepting lodging and development land to be 7.64%. Based on these indices, the appraiser would conclude the subject's market rate of return at 8.00% or therefore $229,000. Again, a Reservoir/Dam Management District could be created whereby varied assessments could be levied against Johnson's Pond residents based on their respective proximity to the water; or

3) The Town could initially try to negotiate with Soscia Holdings for a lower rental rate based on its $1,700,000 purchase price along with a compounded interest rate of 5.00% per annum (see Scenario #5). Hence, given the four-year time frame since purchase, the subject's value would now equate to $2,066,000 (rounded) and applying an 8.00% ROI, initial annual rent would equate to $165,000 (rounded); or

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO  APPRAISAL  ASSOCIATES,  INC.

Attorney-Client Work Product – Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
April 3, 2024
Page 26

### RECONCILIATION (Con't)

4) The Town could decide to not take any actions at this time and let the State take the prominent role in defending Johnson's Pond given that Governor McKee has stated it is a "vital asset and tremendous resource for the community." In this case, Soscia Holdings, LLC, may soon realize that it has purchased a "pig in the poke."

Respectfully submitted,

ANDOLFO APPRAISAL ASSOCIATES, INC.

Thomas S. Andolfo, MAI, SRA, AI-GRS
Certified General Real Estate Appraiser
Rhode Island License CGA.0A00121

Sworn and Subscribed to before me in the City of Providence, County of Providence, State of Rhode Island, this 5th day of April, 2024.



Jennifer L. Medeiros
Notary Public #770601
My Commission Expires 06/01/2027

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

CERTIFICATION

I, Thomas S. Andolfo, MAI, SRA, AI-GRS, certify that to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. I have performed no services, as appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

5. I have no bias with respect to the subject matter of the report or to the parties involved with this assignment.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.

9. I have made a personal inspection of the property that is the subject of this report.

10. No one provided significant real estate property appraisal assistance to the person signing this certification.

11. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

12. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

13. As of the date of this report, I, Thomas S. Andolfo, MAI, SRA, AI-GRS, have completed the continuing education program for Designated Members of the Appraisal Institute.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

## CERTIFICATION (Con't)

Therefore, based upon the data gathered, the extraordinary assumptions and hypothetical conditions taken, and the analyses thereof, I hereby acknowledge responsibility for the contents of this report and its assignment results.

Respectfully submitted,

*ANDOLFO APPRAISAL ASSOCIATES, INC.*

Personally Inspected the
Subject Property:

Thomas S. Andolfo. MAI, SRA, AI-GRS

Yes [X]    No [ ]

Thomas S. Andolfo, MAI, SRA, AI-GRS
Certified General Real Estate Appraiser
Rhode Island License CGA.0A00121

Sworn and Subscribed to before
me in the City of Providence,
County of Providence, State of
Rhode Island, this 5th day of
April, 2024.

Jennifer L. Medeiros



Jennifer L. Medeiros
Notary Public #770601
My Commission Expires 06/01/2027

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

### QUALIFICATIONS OF THOMAS S. ANDOLFO, MAI, SRA, AI-GRS
### REAL ESTATE APPRAISER AND CONSULTANT
### ASSOCIATED WITH ANDOLFO APPRAISAL ASSOCIATES, INC.

Engaged in the Real Estate Business for 43 years

President, ANDOLFO APPRAISAL ASSOCIATES, INC.

Member of the Appraisal Institute, MAI Designation #10266

Certified General Appraiser, State of Rhode Island #CGA.0A00121

Certified General Appraiser, Commonwealth of Massachusetts #2789

Certified General Appraiser, State of Connecticut #RCG.0001283

Licensed Real Estate Broker, State of Rhode Island #B09263

Graduate of La Salle Academy, Providence, Rhode Island (1969)

Graduate of The College of Holy Cross College, Worcester, Massachusetts (1973)

Certificate in Real Estate, University of Rhode Island (1979)

Affiliations:

   Rhode Island Commercial and Appraisal Board of Realtors

   Rhode Island Association of Realtors – Statewide MLS

   National Association of Realtors

   Rhode Island Commercial and Appraisal Board of Realtors

Authorship:

   New England Real Estate Journal, August 2015, "An Update on the Link District in Providence, RI"

   VALUATION, as published by the Appraisal Institute, Third Quarter 2013, "The 'Mall' in 'Small'"

   New England Real Estate Journal, October and November 2004, "Rhode Island Suburban Medical and Biotech Overview"

   New England Real Estate Journal, November 2003, "A Look at the Valuation of a Telecommunication Facility"

   The Appraisal Journal, July 2001, "Telecommunications:  The Wireless Personal Communications Services (PCS) Industry"

Presentations:

   Transportation Research Board Eminent Domain and Land Use Committee – Workshop on Transportation Law, The Care and Proper Feeding of Expert Witnesses, Panel Discussion, July 13 2010

   Rhode Island Association of Assessing Officers – Commercial Appraisals and the Tax Appeal Process, March 17, 2006

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Directorships:

Rhode Island Real Estate Appraisers Board - Board Member   -   2003 - 2004
                                           Board Chairman -   2005 - 2009
                                           Board Member   -   2010 - 2013

Chair of the Rhode Island Branch of the Massachusetts and Rhode Island
 Chapter of the Appraisal Institute - December 2012 - December 2013

Board of Directors of the Massachusetts and Rhode Island
 Chapter of the Appraisal Institute - January 2014 - December 2016

Past President of the Holy Cross Club of Rhode Island

Past President of the Rhode Island Chapter, Appraisal Institute (1993, 2007,
  and 2008)

First Night Providence - Second Vice President and Fund Raising Chairman

Trustee of the North Providence Land Trust - 2003 - 2004

Educational Activities:

Member of the National Experience Review Committee for MAI Experience
  Credits
Past Instructor of Real Estate Appraisal - University of Rhode Island,
  College of Continuing Education, and the Rhode Island Board of Realtors

Qualified Expert Witness:

United States Federal Court
Superior Court of Rhode Island
Rhode Island Bankruptcy and Probate Courts
Worcester County Bankruptcy Court
Court Appointed Arbitrator

City of Attleboro, MA, Zoning Board of Appeals
City of Cranston, Zoning Board of Review
City of East Providence, Zoning Board of Review
City of Fall River, MA, Zoning Board of Appeals
City of Pawtucket, Zoning Board of Review
City of Providence, Zoning Board of Review
City of Warwick, Zoning Board of Review
City of Warwick, City Council
City of Woonsocket, Zoning Board of Review

Town of Barrington, Zoning Board of Review
Town of Bristol, Town Council
Town of Bristol, Zoning Board of Review
Town of Burrillville, Zoning Board of Review
Town of Coventry, Zoning Board of Review
Town of Cumberland, Town Council
Town of Cumberland, Zoning Board of Review
Town of East Greenwich, Town Council
Town of Exeter, Zoning Board of Review
Town of Glocester, Zoning Board of Review
Town of Hopkinton, Zoning Board of Review
Town of Johnston, Town Council
Town of Johnston, Zoning Board of Review
Town of Lincoln, Zoning Board of Review
Town of Mansfield, MA, Zoning Board of Appeals

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-13    Filed 02/05/26    Page 48 of 71 PageID
#: 2647

ANDOLFO APPRAISAL ASSOCIATES, INC.

Qualified Expert Witness:

Town of Medway, MA, Zoning Board of Appeals
Town of Middletown, Zoning Board of Review
Town of Millbury, MA, Planning Board
Town of Narragansett, Zoning Board of Review
Town of North Attleborough, MA, Zoning Board of Appeals
Town of North Kingstown, Zoning Board of Review
Town of North Providence, Town Council
Town of North Providence, Zoning Board of Review
Town of North Smithfield, Zoning Board of Review
Town of Portsmouth, Zoning Board of Review
Town of Richmond, Zoning Board of Review
Town of Seekonk, MA, Zoning Board of Review
Town of Smithfield, Town Council
Town of Smithfield, Zoning Board of Review
Town of South Kingstown, Zoning Board of Review
Town of Sutton, MA, Zoning Board of Appeals
Town of Tewksbury, MA, Planning Board
Town of Tewksbury, MA, Board of Selectmen
Town of Tiverton, Zoning Board of Review
Town of West Greenwich, Town Council
Town of West Greenwich, Zoning Board of Review
Town of West Warwick, Town Council
Town of Westerly, Zoning Board of Review

Appraisals for numerous Attorneys and Property Owners

Appraisals for Banks/Financial Institutions:

American Bank of Texas, N.A.
Aurora Bank, FSB
Bank of America
Bank Newport
Bay Coast Bank
Bluestone Bank
Bristol County Savings Bank
Brookline Bank / Bank Rhode Island
Business Development Company of Rhode Island
Cape Cod 5
Capital Crossing Bank
Central Rhode Island Development Corporation
Centreville Bank
Citizens Bank
Country Bank for Savings
Dime Bank
Domestic Bank
Eastern Bank
Eastern Funding
Enterprise Capital, Inc.
Federal Deposit Indemnity Corporation (FDIC)
Federal National Mortgage Corporation (FannieMae)
First Federal Savings Bank of America (FIRSTFED)
First International Bank
First National Bank of New England
Farm Credit East
First Trade Union Bank
Flagstar Bank
Freedom National Bank
Frontier Community Bank
GE Capital Mortgage Corporation

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals for Banks/Financial Institutions:

Greenwood Credit Union
HarborOne Bank
Home Loan & Investment Bank
Mansfield Bank
Minority Investment Development Corporation
Navigant Credit Union
Newport Federal Savings Bank
Ocean State Business Development Authority, Inc.
Pace Realty Advisors
Pawtucket Credit Union, n/k/a Coastal1 Credit Union
Peoples Savings Bank
Peoples United Bank
Randolph Savings Bank
Republic Bank
Resolution Trust Corporation (RTC)
Rhode Island Housing (formerly RIHMFC)
Rockland Trust Company
Sabadell United Bank
Salem Five Cents Savings Bank
Savings Institute Bank and Trust Company
Sovereign Bank New England
State Street Bank
TD Bank, N.A.
The Washington Trust Company
United States Department of Housing and Urban Development (HUD)
United States Small Business Administration
Wachovia Small Business Capital
Webster Bank
Wells Fargo Financial
Westerly Savings Bank
Zion First National Bank

Appraisals For:

76 Westminster Street, LLC
A.T. Cross Company
AAA of Southern New England
Achievement First
Alpha Realty Advisors
American Insulated Wire Corporation/Leviton Manufacturing
American Power Conversion
American Shipyard Corporation
Ann & Hope, Inc.
Ballard Exploration Company, Inc.
Beacon Mutual Insurance Company
Beacon Charter School
Bethany Home of Rhode Island
Block Island Conservancy
Blue Cross/Blue Shield of Rhode Island
Brown University
Burrillville Planning Department
Burrillville Sewer Commission
Catholic Family Life Insurance
Charlestown Land Trust
Chelsea Industries, Inc.
City of Central Falls
City of Cranston
City of East Providence
City of Newport

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals For:  (Con't)

City of Providence
City of Warwick
City of Woonsocket
Colliers International
Community College of Rhode Island
Cookson America
Cornish Associates
Cranston Housing Authority
Cranston Print Works
Cumberland Land Trust
D'Ambra Construction
Department of the Army
Gateway Healthcare
General Dynamics - Electric Boat Division
Glocester Land Trust
Granoff Realty II, LP
Greater Providence YMCA
Highlander Charter School
I-195 Redevelopment District
J.H. Lynch & Sons
Johnson & Wales University
Kent County Hospital
Koch Eye Associates
La Salle Academy
Landmark Medical Center
Lifespan Corporation
Marriott International, Inc.
Narragansett Bay Commission
National Grid, n/k/a Rhode Island Energy
National Marine Fisheries Service
National Railroad Passenger Corporation (AMTRAK)
Nationwide Insurance
Northern Rhode Island Conservation District
O.R. Colan Associates, Inc.
OSRAM SYLVANIA, INC.
Pawtucket Redevelopment Agency
Pawtucket Water Supply Board
Providence Planning and Development
Providence Public Building Authority
Providence Public Library
Providence Public Property (Redevelopment Agency)
Providence School Department
Providence Tax Assessment Review Board
Providence Tax Assessor
Providence Water
Providence and Worcester Railroad
Radiation Oncology
Raytheon
Rhode Island Airport Corporation
Rhode Island Attorney General
Rhode Island Department of Administration
Rhode Island Department of Labor and Training
Rhode Island Department of Children, Youth, and Families (DCYF)
Rhode Island Depositors Economic Protection Corporation (RI DEPCO)
Rhode Island Economic Development Corporation
Rhode Island Hospital
Rhode Island Industrial/Recreational Building Authority
Rhode Island Public Radio
Rhode Island Public Transit Authority

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals For:  (Con't)

   Rhode Island State Police
   Rhode Island Solid Waste Management Corp.
   Rhode Island Water Resources Board
   RI Neurological Institute
   Roger Williams University
   Roman Catholic Diocese of Providence
   Salvation Army of Rhode Island
   Santoro Oil Company
   South County Hospital
   Sprint Spectrum, LP
   Stantec
   State of Rhode Island Building Code Standards Committee - Testimony
   State of Rhode Island, Department of Transportation
   State of Rhode Island, Department of Environmental Management
   Steere House Nursing and Rehabilitation
   Tenent Health Care
   The Audubon Society
   The Episcopal Diocese of Rhode Island
   The Flatley Company
   The Koffler Group
   The Nature Conservancy
   The Trust for Public Land
   Tiverton Power - Caithness Corporation
   Town of Barrington
   Town of Bristol
   Town of Burrillville
   Town of Cumberland
   Town of East Greenwich
   Town of Johnston
   Town of Lincoln
   Town of Middletown
   Town of Narragansett
   Town of North Providence
   Town of Portsmouth
   Town of South Kingstown
   Town of Warren
   Trinity Repertory Theatre
   United Parcel Service
   United States Department of the Interior
   United States Fish and Wildlife Services
   United States Marshal Service, District of Rhode Island
   United States Postal Service
   University Gastroenterology
   University of Rhode Island
   W.D. Shock
   Westerly Hospital
   Women & Infants Hospital

Affiliated Companies:

   President, Andolfo Real Estate, Inc. / MATT Associates, LLC

Web Site / E-Mail:

   www.andolfoappraisal.com   /   tom.andolfo@verizon.net

(Revised 10-25-2023)

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-13    Filed 02/05/26    Page 52 of 71 PageID #: 2651

ANDOLFO   APPRAISAL   ASSOCIATES,   INC.

## CERTIFIED GENERAL APPRAISER/REAL ESTATE BROKER LICENSES



**State of Rhode Island**
**Department of Business Regulation**
**Division of Commercial Licensing**
**Real Estate Appraisers Section**

### CERTIFIED GENERAL APPRAISER

(In accordance with Title 5, Chapter 20.7 of the General Laws of Rhode Island relating to Real Estate Appraisers)

Pursuant to the vested authority and having received full payment of the required fee, the Department of Business Regulation has licensed/certified:

**Thomas S. Andolfo**

The person, firm, or partnership named herein, may engage in the business of appraisal practice, provided he/she shall, in all respects, conform to the Provisions of Title 5, Chapter 20.7 of the General Laws of Rhode Island, as amended, and the rules and regulations issued under the authority thereof,
beginning 01/01/2024 and ending 12/31/2025
unless this license is suspended, revoked, or voluntarily returned to the Department of Business Regulation, Commercial Licensing, during this period.

Certification No.:    **CGA.0A00121**

Chairperson, Real Estate Appraisers Board

---

### State of Rhode Island



*Department of*
*Business Regulation*

*Division of Commercial Licensing*

### Real Estate Broker License

## Thomas S Andolfo

has complied with all of the provisions of the law of this State, relative to the Real Estate Broker and is hereby authorized to transact business as a **Real Estate Broker** pursuant to the provisions of § 20.5 of the General Laws of Rhode Island

License No.:  REB.0009263         Issued: 5/1/2022         Expires: 4/30/2024

*Real Estate Administrator*                    *Director of Business Regulation*

This License must be prominently displayed in the Office of the Licensee.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

# EXHIBIT 3

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

## REAL ESTATE APPRAISAL UPDATE

*JOHNSON'S POND*

*1660 FLAT RIVER ROAD*

*COVENTRY, RHODE ISLAND 02816*

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product  – Privileged and Confidential

June 10, 2024

RE:   Johnson's Pond, Coventry (Update Report)

Stephen J Angell, Esq.                Timothy Eskey, Esq.
1310 Atwood Avenue                    Moses Ryan Ltd.
Johnston, Rhode Island 02919          40 Westminster Street, Suite 9th Floor
                                      Providence, Rhode Island 02903

Gentlemen:

Per your request, I have opined for the "as is" fee simple market value of Johnson's Pond Parcel A, a 45.75-acre site that was conceptualized by DiPrete Engineering on June 6, 2024, as suitable to support 92 residential units within two 46-unit apartment buildings.  The effective date of this valuation was June 7, 2024. By reference my prior valuation of April 2, 2024, is hereby incorporated herein.

As this valuation was based on the following extraordinary assumption and hypothetical condition, the appraiser reserves the right to amend the valuation should near future information be provided by the client that would run contrary thereto.

*Extraordinary Assumption*:

1) DiPrete Engineering's estimated road cost of $886,000 as extending from Flat River Road to Parcel A was within a reasonable degree of engineering certainty.

*Hypothetical Condition*:

1) That as of the effective date of appraisal, Parcel A was "shovel" ready for development, i.e., that the 92-unit apartment project had all necessary Town and State approvals in place.

In valuing the subject site, the appraiser employed the Sales Comparison Approach whereby comparable land sales were analyzed and adjusted for in comparison to the subject.  Value was derived on an approved/buildable apartment unit basis and not on an acreage since the per apartment unit means of comparison best reflects the motivations of market participants.

Apartment land sales are now noted:

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
June 10, 2024
Page 2

*Sale #1*
Address: 2119 Post Road, Warwick, RI
Plat / Lot: 323 / 523
Site Area: 6.49 acres
Zone: Airport Inter-Modal
Number of Approved Units: 210
Grantor: Skydra Development, LLC
Grantee: Warwick Apartments Owner, LLC
Book / Page: 10494 / 170
Sale Date: April 22, 2024
Sale Price: $6,080,000
Sale Price Per Unit: $28,952
Comment: Former 600+ space surface parking lot located opposite the Rhode Island T.F. Green Airport and adjacent to RI Route 37, the T.F. Green Connector. Project approved for 118 one-bedroom units, 84 two-bedroom units, and 8 three-bed units along with 322 parking spaces. Prior to the 2024 sale, Skydra Development had projected the 210-unit development to cost $40 million.

*Sale #2*
Address: 116 and 59 Kingstown Road, Richmond, RI
Plat / Lot: 5C/5, 5B/39, & 6C/5
Site Area: 150.21 acres
Zone: PUDVC
Number of Approved Units: 399
Grantor: Richmond Realty Associates, LLC
Grantee: Kingstown Developer, LLC
Book / Page: 364 / 747
Sale Date: June 21, 2023
Sale Price: $4,500,000
Sale Price Per Unit: $11,278
Comment: Project approved for three 27-unit buildings; nine 28-unit buildings; and 33 duplex units. Site had been listed for sale in November 2017 for $5,900,000. Development has not yet commenced.

*Sale #3*
Address: 1279 Wampanoag Trail, East Providence, RI
Map / Block / Parcel: 711 / 3 / 15
Site Area: 53.20 acres
Zone: C-1
Number of Approved Units: 416
Grantor: Driscoll Development, LLC
Grantee: John J. Flatley, Co.
Book / Page: 4463 / 62
Sale Date: July 21, 2021
Sale Price: $4,000,000
Sale Price Per Unit: $9,615
Comment: Former Leonardo Family Sand & Gravel Pit that had been earmarked for apartment development for about two decades. The site was acquired by Driscoll Development in 2012 for $3,500,000. Constructed circa 2022 near the Barrington town line, The Christine Apartments (a/k/a Wampanoag Meadows) provides an eight building complex consisting of a variety of studio, one-bed and two-bed units along with a clubhouse, fitness center, swimming pool, tennis court, and playground. This site was prior appraised by Andolfo Appraisal Associates, Inc.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
June 10, 2024
Page 3

Sale #4
Address: 300 Bourne Avenue, East Providence, RI
Map / Block / Parcel: 203 / 1 / 4 and 303 / 14 / 4 & 5
Site Area: 27.73 acres
Zone: PD/I-2
Number of Approved Units: 431
Grantor: W. Mark Russo, Esq., Special Master
Grantee: Noble Development, LLC
Book / Page: 4634 / 202
Sale Date: September 22, 2022
Sale Price: $4,000,000
Sale Price Per Unit: $9,280
Comment: Known as East Point, this site abuts the Seekonk River and the
Omega Pond. Site access is from Roger Williams Avenue and across an
active Genesee & Wyoming rail line (formerly Providence & Worcester).
The site was the former homes of the Washburn Wire and Ocean State Steel
facilities, the site also adjacent to the Phillipsdale Landing
industrial complex. The project will consist of single-family, duplex,
condominium, and apartment units, the direction of development based on
market demand. The project was the beneficiary of $22,250,000 in tax
incremental financing (TIF) to aide its overall $120 million development
cost. This site was prior appraised by Andolfo Appraisal Associates,
Inc.

Sale #5
Address: 95 Newport Avenue at New Road, East Providence, RI
Map / Block / Parcel: 401 / 8 / 4
Site Area: 4.50 acres
Zone: R4 & C-3
Number of Approved Units: 142
Grantor: Newport Center, LLC
Grantee: Newport Apartments, LLC
Book / Page: 4479 / 135
Sale Date: August 20, 2021
Sale Price: $3,500,000
Sale Price Per Unit: $24,648
Comment: Constructed circa 2022, this $30 million development was
financed by the Washington Trust Company. The project consists of 47
studios, 43 one-bedroom, and 52 two-bedroom units along with a fitness
center and outdoor swimming pool.

Sale #6
Address: 95 Mulberry Drive, North Kingstown, RI
Plat / Lot: 136 / 172
Site Area: 8.92 acres
Zone: PR
Number of Approved Units: 90
Grantor: Timber Properties, LLC
Grantee: Reynolds Farm Apartments II, LLC
Book / Page: 3130 / 221
Sale Date: June 26, 2018
Sale Price: $1,003,000
Sale Price Per Unit: $11,144
Comment: Two 4-story, 40-unit apartment buildings were constructed in
2019 as income affordable and restricted to residents aged 55+.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
June 10, 2024
Page 4

> *Sale #7*
> Address: 0 South County Trail, a/k/a 6 Pine View Lane, Exeter, RI
> Map / Block / Parcel: 71 / 4 / 8
> Site Area: 8.17 acres
> Zone: Split
> Number of Approved Units: 40
> Grantor: RI Housing & Mortgage Finance
> Grantee: PV Exeter Apartments, LP
> Book / Page: 560 / 12
> Sale Date: October 2, 2020
> Sale Price: $900,000 (RI Housing appraised value)
> Sale Price Per Unit: $22,500
> Comment: Pineview Apartments (ten 2-story, 4-unit buildings) constructed circa 2022. Affordable housing development with management office located almost adjacent to the Oak Harbor Village Commercial Center. Per RI Housing, total project cost (soft & hard costs) approximated $13 million.

| ITEM | Subject | Sale #1 | Adj. | Sale #2 | Adj. | Sale #3 | Adj. | Sale #4 | Adj. | Sale #5 | Adj. | Sale #6 | Adj. | Sale #7 | Adj. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TRANSACTIONAL ADJUSTMENTS** | | | | | | | | | | | | | | | |
| Sale Price | N/A | $6,080,000 | | $4,500,000 | | $4,000,000 | | $4,000,000 | | $3,500,000 | | $1,003,000 | | $900,000 | |
| Sale Price Pr/Unit | N/A | $28,952 | | $11,278 | | $9,615 | | $9,281 | | $24,648 | | $11,144 | | $22,500 | |
| Property Rights | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | |
| Financing | Conventional | Conventional | | Conventional | | Conventional | | Conventional | | Conventional | | Conventional | | Conventional | |
| Conditions of Sale | Arm's Length | Arm's Length | | Arm's Length | | Arm's Length | | Receivership | 25.00% | Arm's Length | | Arm's Length | | Arm's Length | |
| Expenditures Made Immediately After Purchase | N/A | N/A | | N/A | | N/A | | N/A | | N/A | | N/A | | N/A | |
| Time of Sale | 06/07/24 | 04/22/24 | | 09/21/23 | 3.00% | 07/21/21 | 3.00% | 09/22/22 | 3.23% | 09/20/21 | 6.50% | 09/20/18 | 18.00% | 10/02/20 | 11.00% |
| Adjusted Sale Price Pr/Unit | N/A | $28,952 | | $11,617 | | $10,481 | | $12,210 | | $26,743 | | $13,150 | | $24,975 | |
| **PROPERTY ADJUSTMENTS** | | | | | | | | | | | | | | | |
| Location/Access | Avg/Avg | Good/Good | -25.00% | Avg/Avg | | Avg/Avg | | Avg/Avg | | Good/Good | -25.00% | Avg/Avg | | Avg/Avg | |
| Site Area (AC) | 46.76 | 6.49 | | 150.21 | | 53.20 | | 27.73 | | 4.50 | | 8.92 | | 8.17 | |
| Number of Units | 92 | 210 | 10.00% | 300 | 30.00% | 410 | 30.00% | 431 | 30.00% | 142 | 5.00% | 90 | | 40 | -5.00% |
| Utilities | Public | Public | | Septic | 10.00% | Public | | Public | | Public | | Public | | Well/Septic | 20.00% |
| Site Amenities | Pond/Open Space | N/A | 10.00% | Open Space | | Fitness Center/Clubhouse/Pool/Playground | | Pond/River | | Fitness Center/Pool | | N/A | 10.00% | N/A | 10.00% |
| Overall Net Adjustment | N/A | | -5.00% | | 40.00% | | 38.00% | | 30.00% | | -30.00% | | 10.00% | | 25.00% |
| Indicated Value of Subject Pr/Unit | $18,000 | $27,505 | | $16,263 | | $13,625 | | $15,873 | | $21,304 | | $14,465 | | $31,219 | |

### *Explanation of Adjustments*

Adjustments to the comparable sales were based on a matched pairing of the sales, as coupled with the appraiser's observations of market reaction to such differences. The seven comparable sales analyzed herein represented the best sales available to the appraiser in which to compare to the subject. Had other apartment land sales existed since 2018, they would have been documented and analyzed by the appraiser.

*Transactional Adjustments* - With respect to Conditions of Sale, Sale #4 represented a Receivership transaction whereas the other six sales reflected typical arm's length conveyances. In analyzing Sale #4, the appraiser adjusted upward its sale price by 25% as the appraiser has observed that such type sales usually transact below market value levels. As noted, of the seven sales, Sale #4 reflected the lowest per unit acquisition cost.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
June 10, 2024
Page 5

With the exception of the 2024 sale price of Sale #1, the other six sales were adjusted for their respective Time of Sale. Notably, based on the appraiser's observations of the Rhode Island marketplace since 2018, residential land supportive of large-scale development has appreciated approximately 3% annually, the rate of appreciation somewhat stymied by increasing labor and material costs brought about by the COVID-19 global pandemic of 2020 and raising interest rates since 2022 on construction loans and permanent financing needs.

The appraiser did not deem other transactional adjustments to be warranted as would be envisioned for the subject, the sales (exclusive of Sale #4) represented the arm's length and conventional conveyances of fee simple property rights.

As adjusted for transactional comparisons, the unit value range of the seven sales was $10,481 to $28,952, the mean or average value noted at $18,304 per unit.

*Property Adjustments* - The appraiser rated the subject's Location and Accessibility as average, as he also rated Sales #2, #3, #4, #6, and #7. However, with respect to these two property characteristics, the appraiser rated Sales #1 and #5 as superior. Hence, downward 25% adjustments were reflected for these two sales. Notably, Sales #1 and #5 are located in urban areas having better linkages to highways and commercial support services, as well as possessing greater apartment rent potential. While Sale #3 is located along Wampanoag Trail (RI Route 114), this north/south four-lane roadway is median divided thereby rendering the appraiser's opinion that its location and accessibility ratings are average.

With respect to the Number of Units supported by the seven sales in comparison to the subject's envisioned 92-unit size, the appraiser adjusted the sales excepting for Sale #6 at 10% for every approximate 100-unit differential. As a result, Sales #1, #2, #3, #4, and #5 were adjusted upward, whereas Sale #7 was adjusted downward. Unit number adjustments were based on the economies of scale principle (law of diminishing returns) which generally holds that larger sized properties, i.e., having a greater number of units, will generally tend to transact at lower per unit sale prices as compared to smaller sized properties and vice versa.

The appraiser deemed properties serviced by all public utilities, especially those serviced by public water and sewer, to be superior to apartment properties not serviced by public utilities. Sale #2 would be serviced by Town provided water but not sewer and Sale #7 is serviced by on-site well and septic systems. Based on the appraiser's market observations, each item of comparison required upward 10% adjusting.

Lastly, the appraiser considered the site amenities offered by the subject, i.e., Johnson's Pond views and open space, deeming such as a positive factor to the subject's intrinsic value. In comparison, Sales #6 and #7 do not provide its residents with such amenities, nor will Sale #1 when built-out. Hence, these three sales were each adjusted upward by 10% to reflect their inferiority in comparison to the subject's conceptualized state for purposes of this appraisal.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product – Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
June 10, 2024
Page 6

_Value Conclusion_ – As adjusted, the seven sales ranged from $13,625 (Sale #3) to $31,219 (Sale #7) per unit. Placing equal weight on each of the seven adjusted sales, the mean or average adjusted value indicted for the subject was $20,049 per unit, while the median adjusted value indicated for the subject was $16,263 per unit. Given these indices, the appraiser concluded the subject' "as is" fee simple market value at $18,000 per unit prior to the $866,000 deduction for roadway costs in accessing the subject from Flat River Road approximately 1,052 linear feet away.

The following site plan was conceptualized by DiPrete as dated June 6, 2024:



Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Attorney-Client Work Product - Privileged and Confidential

Stephen J. Angell, Esq.
Timothy Eskey, Esq.
June 10, 2024
Page 7

*Reconciliation* - Given the appraiser's valuation as coupled with the DiPrete Engineering estimated roadway/access costs, the following "as is" fee simple market value as based on the extraordinary assumption and hypothetical condition taken was calculated:

| | |
|---|---|
| 92 Apartment Units x $18,000 per = | $1,656,000 |
| Less Roadway/Access Costs | − 866,000 |
| Subject's Indicated Market Value: | $ 790,000 |

Therefore, based on the data gathered, the extraordinary assumption and hypothetical condition taken, and the analysis developed herein, it is my considered opinion that the "as is" fee simple market value of Parcel A as of the June 7, 2024, effective date of appraisal was:

*SEVEN HUNDRED NINETY THOUSAND ($790,000) DOLLARS.*

Respectfully submitted,

*ANDOLFO APPRAISAL ASSOCIATES, INC.*

Thomas S. Andolfo, MAI, SRA, AI-GRS
Certified General Real Estate Appraiser
Rhode Island License CGA.0A00121

Sworn and Subscribed to before me in the City of Providence, County of Providence, State of Rhode Island, this 10th day of June, 2024.



Jennifer L. Medeiros
Notary Public #770601
My Commission Expires 06/01/2027

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

### *CERTIFICATION*

I, Thomas S. Andolfo, MAI, SRA, AI-GRS, certify that to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. I have performed no services, as appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

5. I have no bias with respect to the subject matter of the report or to the parties involved with this assignment.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.

9. I have made a personal inspection of the property that is the subject of this report.

10. No one provided significant real estate property appraisal assistance to the person signing this certification.

11. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

12. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

13. As of the date of this report, I, Thomas S. Andolfo, MAI, SRA, AI-GRS, have completed the continuing education program for Designated Members of the Appraisal Institute.

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.


## CERTIFICATION (Con't)

Therefore, based on the data gathered, the extraordinary assumption and
hypothetical condition taken, and the analysis developed herein, it is my
considered opinion that the "as is" fee simple market value of Parcel A as of
the June 7, 2024, effective date of appraisal was:

*SEVEN HUNDRED NINETY THOUSAND ($790,000) DOLLARS.*


Respectfully submitted,

*ANDOLFO APPRAISAL ASSOCIATES, INC.*

Personally Inspected the
Subject Property:

Thomas S. Andolfo. MAI, SRA, AI-GRS

Yes [X]     No [ ]

Thomas S. Andolfo, MAI, SRA, AI-GRS
Certified General Real Estate Appraiser
Rhode Island License CGA.0A00121


Sworn and Subscribed to before
me in the City of Providence,
County of Providence, State of
Rhode Island, this 10th day of
June, 2024.

Jennifer L. Medeiros



Jennifer L. Medeiros
Notary Public #770601
My Commission Expires 06/01/2027

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

*QUALIFICATIONS OF THOMAS S. ANDOLFO, MAI, SRA, AI-GRS
REAL ESTATE APPRAISER AND CONSULTANT
ASSOCIATED WITH ANDOLFO APPRAISAL ASSOCIATES, INC.*

Engaged in the Real Estate Business for 43 years

President, ANDOLFO APPRAISAL ASSOCIATES, INC.

Member of the Appraisal Institute, MAI Designation #10266

Certified General Appraiser, State of Rhode Island #CGA.0A00121

Certified General Appraiser, Commonwealth of Massachusetts #2789

Certified General Appraiser, State of Connecticut #RCG.0001283

Licensed Real Estate Broker, State of Rhode Island #B09263

Graduate of La Salle Academy, Providence, Rhode Island (1969)

Graduate of The College of Holy Cross College, Worcester, Massachusetts (1973)

Certificate in Real Estate, University of Rhode Island (1979)

Affiliations:

Rhode Island Commercial and Appraisal Board of Realtors

Rhode Island Association of Realtors - Statewide MLS

National Association of Realtors

Rhode Island Commercial and Appraisal Board of Realtors

Authorship:

New England Real Estate Journal, August 2015, "An Update on the Link District in Providence, RI"

VALUATION, as published by the Appraisal Institute, Third Quarter 2013, "The 'Mall' in 'Small'"

New England Real Estate Journal, October and November 2004, "Rhode Island Suburban Medical and Biotech Overview"

New England Real Estate Journal, November 2003, "A Look at the Valuation of a Telecommunication Facility"

The Appraisal Journal, July 2001, "Telecommunications:  The Wireless Personal Communications Services (PCS) Industry"

Presentations:

Transportation Research Board Eminent Domain and Land Use Committee - Workshop on Transportation Law, The Care and Proper Feeding of Expert Witnesses, Panel Discussion, July 13 2010

Rhode Island Association of Assessing Officers - Commercial Appraisals and the Tax Appeal Process, March 17, 2006

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Directorships:

Rhode Island Real Estate Appraisers Board – Board Member   –  2003 – 2004
                                          Board Chairman –  2005 – 2009
                                          Board Member   –  2010 – 2013

Chair of the Rhode Island Branch of the Massachusetts and Rhode Island
  Chapter of the Appraisal Institute - December 2012 – December 2013

Board of Directors of the Massachusetts and Rhode Island
  Chapter of the Appraisal Institute - January 2014 - December 2016

Past President of the Holy Cross Club of Rhode Island

Past President of the Rhode Island Chapter, Appraisal Institute (1993, 2007,
  and 2008)

First Night Providence – Second Vice President and Fund Raising Chairman

Trustee of the North Providence Land Trust - 2003 - 2004

Educational Activities:

Member of the National Experience Review Committee for MAI Experience
  Credits
Past Instructor of Real Estate Appraisal - University of Rhode Island,
  College of Continuing Education, and the Rhode Island Board of Realtors

Qualified Expert Witness:

United States Federal Court
Superior Court of Rhode Island
Rhode Island Bankruptcy and Probate Courts
Worcester County Bankruptcy Court
Court Appointed Arbitrator

City of Attleboro, MA, Zoning Board of Appeals
City of Cranston, Zoning Board of Review
City of East Providence, Zoning Board of Review
City of Fall River, MA, Zoning Board of Appeals
City of Pawtucket, Zoning Board of Review
City of Providence, Zoning Board of Review
City of Warwick, Zoning Board of Review
City of Warwick, City Council
City of Woonsocket, Zoning Board of Review

Town of Barrington, Zoning Board of Review
Town of Bristol, Town Council
Town of Bristol, Zoning Board of Review
Town of Burrillville, Zoning Board of Review
Town of Coventry, Zoning Board of Review
Town of Cumberland, Town Council
Town of Cumberland, Zoning Board of Review
Town of East Greenwich, Town Council
Town of Exeter, Zoning Board of Review
Town of Glocester, Zoning Board of Review
Town of Hopkinton, Zoning Board of Review
Town of Johnston, Town Council
Town of Johnston, Zoning Board of Review
Town of Lincoln, Zoning Board of Review
Town of Mansfield, MA, Zoning Board of Appeals

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO APPRAISAL ASSOCIATES, INC.

Qualified Expert Witness:

Town of Medway, MA, Zoning Board of Appeals
Town of Middletown, Zoning Board of Review
Town of Millbury, MA, Planning Board
Town of Narragansett, Zoning Board of Review
Town of North Attleborough, MA, Zoning Board of Appeals
Town of North Kingstown, Zoning Board of Review
Town of North Providence, Town Council
Town of North Providence, Zoning Board of Review
Town of North Smithfield, Zoning Board of Review
Town of Portsmouth, Zoning Board of Review
Town of Richmond, Zoning Board of Review
Town of Seekonk, MA, Zoning Board of Review
Town of Smithfield, Town Council
Town of Smithfield, Zoning Board of Review
Town of South Kingstown, Zoning Board of Review
Town of Sutton, MA, Zoning Board of Appeals
Town of Tewksbury, MA, Planning Board
Town of Tewksbury, MA, Board of Selectmen
Town of Tiverton, Zoning Board of Review
Town of West Greenwich, Town Council
Town of West Greenwich, Zoning Board of Review
Town of West Warwick, Town Council
Town of Westerly, Zoning Board of Review

Appraisals for numerous Attorneys and Property Owners

Appraisals for Banks/Financial Institutions:

American Bank of Texas, N.A.
Aurora Bank, FSB
Bank of America
Bank Newport
Bay Coast Bank
Bluestone Bank
Bristol County Savings Bank
Brookline Bank / Bank Rhode Island
Business Development Company of Rhode Island
Cape Cod 5
Capital Crossing Bank
Central Rhode Island Development Corporation
Centreville Bank
Citizens Bank
Country Bank for Savings
Dime Bank
Domestic Bank
Eastern Bank
Eastern Funding
Enterprise Capital, Inc.
Federal Deposit Indemnity Corporation (FDIC)
Federal National Mortgage Corporation (FannieMae)
First Federal Savings Bank of America (FIRSTFED)
First International Bank
First National Bank of New England
Farm Credit East
First Trade Union Bank
Flagstar Bank
Freedom National Bank
Frontier Community Bank
GE Capital Mortgage Corporation

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM   Document 51-13   Filed 02/05/26   Page 68 of 71 PageID #: 2667

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals for Banks/Financial Institutions:

Greenwood Credit Union
HarborOne Bank
Home Loan & Investment Bank
Mansfield Bank
Minority Investment Development Corporation
Navigant Credit Union
Newport Federal Savings Bank
Ocean State Business Development Authority, Inc.
Pace Realty Advisors
Pawtucket Credit Union, n/k/a Coastal1 Credit Union
Peoples Savings Bank
Peoples United Bank
Randolph Savings Bank
Republic Bank
Resolution Trust Corporation (RTC)
Rhode Island Housing (formerly RIHMFC)
Rockland Trust Company
Sabadell United Bank
Salem Five Cents Savings Bank
Savings Institute Bank and Trust Company
Sovereign Bank New England
State Street Bank
TD Bank, N.A.
The Washington Trust Company
United States Department of Housing and Urban Development (HUD)
United States Small Business Administration
Wachovia Small Business Capital
Webster Bank
Wells Fargo Financial
Westerly Savings Bank
Zion First National Bank

Appraisals For:

76 Westminster Street, LLC
A.T. Cross Company
AAA of Southern New England
Achievement First
Alpha Realty Advisors
American Insulated Wire Corporation/Leviton Manufacturing
American Power Conversion
American Shipyard Corporation
Ann & Hope, Inc.
Ballard Exploration Company, Inc.
Beacon Mutual Insurance Company
Beacon Charter School
Bethany Home of Rhode Island
Block Island Conservancy
Blue Cross/Blue Shield of Rhode Island
Brown University
Burrillville Planning Department
Burrillville Sewer Commission
Catholic Family Life Insurance
Charlestown Land Trust
Chelsea Industries, Inc.
City of Central Falls
City of Cranston
City of East Providence
City of Newport

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM    Document 51-13    Filed 02/05/26    Page 69 of 71 PageID
#: 2668

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals For:   (Con't)

City of Providence
City of Warwick
City of Woonsocket
Colliers International
Community College of Rhode Island
Cookson America
Cornish Associates
Cranston Housing Authority
Cranston Print Works
Cumberland Land Trust
D'Ambra Construction
Department of the Army
Gateway Healthcare
General Dynamics - Electric Boat Division
Glocester Land Trust
Granoff Realty II, LP
Greater Providence YMCA
Highlander Charter School
I-195 Redevelopment District
J.H. Lynch & Sons
Johnson & Wales University
Kent County Hospital
Koch Eye Associates
La Salle Academy
Landmark Medical Center
Lifespan Corporation
Marriott International, Inc.
Narragansett Bay Commission
National Grid, n/k/a Rhode Island Energy
National Marine Fisheries Service
National Railroad Passenger Corporation (AMTRAK)
Nationwide Insurance
Northern Rhode Island Conservation District
O.R. Colan Associates, Inc.
OSRAM SYLVANIA, INC.
Pawtucket Redevelopment Agency
Pawtucket Water Supply Board
Providence Planning and Development
Providence Public Building Authority
Providence Public Library
Providence Public Property (Redevelopment Agency)
Providence School Department
Providence Tax Assessment Review Board
Providence Tax Assessor
Providence Water
Providence and Worcester Railroad
Radiation Oncology
Raytheon
Rhode Island Airport Corporation
Rhode Island Attorney General
Rhode Island Department of Administration
Rhode Island Department of Labor and Training
Rhode Island Department of Children, Youth, and Families (DCYF)
Rhode Island Depositors Economic Protection Corporation (RI DEPCO)
Rhode Island Economic Development Corporation
Rhode Island Hospital
Rhode Island Industrial/Recreational Building Authority
Rhode Island Public Radio
Rhode Island Public Transit Authority

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

Case 1:25-cv-00274-MRD-AEM     Document 51-13     Filed 02/05/26     Page 70 of 71 PageID
#: 2669

## ANDOLFO APPRAISAL ASSOCIATES, INC.

Appraisals For:   (Con't)

  Rhode Island State Police
  Rhode Island Solid Waste Management Corp.
  Rhode Island Water Resources Board
  RI Neurological Institute
  Roger Williams University
  Roman Catholic Diocese of Providence
  Salvation Army of Rhode Island
  Santoro Oil Company
  South County Hospital
  Sprint Spectrum, LP
  Stantec
  State of Rhode Island Building Code Standards Committee - Testimony
  State of Rhode Island, Department of Transportation
  State of Rhode Island, Department of Environmental Management
  Steere House Nursing and Rehabilitation
  Tenent Health Care
  The Audubon Society
  The Episcopal Diocese of Rhode Island
  The Flatley Company
  The Koffler Group
  The Nature Conservancy
  The Trust for Public Land
  Tiverton Power - Caithness Corporation
  Town of Barrington
  Town of Bristol
  Town of Burrillville
  Town of Cumberland
  Town of East Greenwich
  Town of Johnston
  Town of Lincoln
  Town of Middletown
  Town of Narragansett
  Town of North Providence
  Town of Portsmouth
  Town of South Kingstown
  Town of Warren
  Trinity Repertory Theatre
  United Parcel Service
  United States Department of the Interior
  United States Fish and Wildlife Services
  United States Marshal Service, District of Rhode Island
  United States Postal Service
  University Gastroenterology
  University of Rhode Island
  W.D. Shock
  Westerly Hospital
  Women & Infants Hospital

Affiliated Companies:

  President, Andolfo Real Estate, Inc. / MATT Associates, LLC

Web Site / E-Mail:

  www.andolfoappraisal.com    /    tom.andolfo@verizon.net

(Revised 10-25-2023)

Case Number: KM-2024-0578
Filed in Kent County Superior Court
Submitted: 6/27/2024 12:02 PM
Envelope: 4691760
Reviewer: Danielle K.

ANDOLFO  APPRAISAL  ASSOCIATES,  INC.

### CERTIFIED GENERAL APPRAISER/REAL ESTATE BROKER LICENSES



**State of Rhode Island**
**Department of Business Regulation**
**Division of Commercial Licensing**
**Real Estate Appraisers Section**

### CERTIFIED GENERAL APPRAISER

(In accordance with Title 5, Chapter 20.7 of the General Laws of Rhode Island relating to Real Estate Appraisers)

Pursuant to the vested authority and having received full payment of the required fee, the Department of Business Regulation has licensed/certified:

**Thomas S. Andolfo**

The person, firm, or partnership named herein, may engage in the business of appraisal practice, provided he/she shall, in all respects, conform to the Provisions of Title 5, Chapter 20.7 of the General Laws of Rhode Island, as amended, and the rules and regulations issued under the authority thereof,
beginning  01/01/2024  and ending  12/31/2025
unless this license is suspended, revoked, or voluntarily returned to the Department of Business Regulation, Commercial Licensing, during this period.

Certification No.:  **CGA.0A00121**

Chairperson, Real Estate Appraisers Board

---



**State of Rhode Island**
**Department of Business Regulation**
**Division of Commercial Licensing**
**Real Estate Section**

### REAL ESTATE BROKER LICENSE

**Thomas S Andolfo**

has complied with all provisions of the law, relative to the Real Estate Broker and is hereby authorized to transact business as a **Real Estate Broker** pursuant to the provisions of **R.I. Gen. Laws § 5.20.5**.

THIS LICENSE MUST BE PROMINENTLY DISPLAYED IN THE OFFICE OF THE LICENSEE

License No.: REB.0009263      Expiration Date: 04/30/2026

Real Estate Administrator